**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)**

| | |
|---|---|
| In re:<br><br>ROMAN CATHOLIC ARCHBISHOP OF BALTIMORE,<br><br>        Debtor. | Chapter 11<br><br>Case No. 23-16969-MMH |
| THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS,<br><br>        Plaintiff,<br><br>      v.<br><br>ROMAN CATHOLIC ARCHBISHOP OF BALTIMORE,<br><br>        Defendant. | Adv. Pro. No. 26-00041-MMH |

**ROMAN CATHOLIC ARCHBISHOP OF BALTIMORE'S MOTION
TO DISMISS FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF
MAY BE GRANTED AND FAILURE TO JOIN INDISPENSABLE PARTIES**

The Roman Catholic Archbishop of Baltimore, a corporation sole (the "***Debtor***"), by and through its undersigned counsel, files this motion seeking to dismiss the *Complaint for Declaratory Judgment and Injunctive Relief Regarding Seek the City to Come* (Adv. Pro. Dkt. No. 1) (the "***Complaint***") because the Complaint (a) fails to state a claim upon which relief can be granted and (b) fails to join a party under Rule 19 of the Federal Rules of Civil Procedure, which is made applicable to this adversary proceeding by Rule 7019 of the Federal Rules of Bankruptcy Procedure. In support of this motion, the Debtor relies upon the accompanying *Brief in Support of Roman Catholic Archbishop of Baltimore's Motion to Dismiss for Failure to State a Claim Upon Which Relief May Be Granted and Failure to Join Indispensable Parties* (the "***Brief in Support***").

For the reasons set forth in the Brief in Support, the Complaint should be dismissed pursuant to Rule 12(b)(6) or Rule 12(b)(7) of the Federal Rules of Civil Procedure.

WHEREFORE, the Debtor respectfully requests this Court enter an order dismissing the Complaint and granting such other and further relief as this Court deems just and proper.

Dated: March 27, 2026

Respectfully submitted,

*/s/ Blake D. Roth*
Catherine K. Hopkin (Fed. Bar No. 28257)
**YVS LAW, LLC**
185 Admiral Cochrane Drive, Suite 130
Annapolis, MD 21401
Telephone:    443.569.0788
Facsimile:     410.571.2798
Email: chopkin@yvslaw.com

*-and-*

Blake D. Roth (admitted *pro hac vice*)
C. Scott Kunde (admitted *pro hac vice*)
**HOLLAND & KNIGHT LLP**
511 Union Street, Suite 2700
Nashville, TN 37219
Telephone:    615.244.6380
Facsimile:     615.244.6804
Email: blake.roth@hklaw.com
           scott.kunde@hklaw.com

*-and-*

Philip T. Evans (Fed. Bar No. 11796)
**HOLLAND & KNIGHT LLP**
800 17th Street, NW, Suite 1100
Washington, DC 20006
Telephone:    202.457.7043
Email: philip.evans@hklaw.com

*Attorneys for the Debtor and Debtor In Possession*

#535482956_v3

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on the 27th day of March 2025, notice of filing of Roman Catholic Archbishop of Baltimore's Motion to Dismiss For Failure To State A Claim Upon Which Relief may be Granted and Failure to Join Indispensable Parties was served by CM/ECF to those parties listed on the docket as being entitled to such electronic notices, which parties are identified on the attached service list.

/s/ Blake D. Roth
Of Counsel

3

#535482956_v3

Label Matrix for local noticing
0416-1
Case 26-00041
District of Maryland
Baltimore
Fri Mar 27 18:49:05 EDT 2026

Edwin H Caldie
Stinson LLP
50 South Sixth St. #2600
Minneapolis, MN 55402-2241

Richard L. Costella
Tydings & Rosenberg LLP
One E. Pratt Street, Suite 901
Baltimore, MD 21202-1249

Andrew Glasnovich
Stinson LLP
50 South Sixth Street
Ste 2600
Minneapolis
Minneapolis, MN 55402-2241

Alan M. Grochal
Tydings and Rosenberg
1 East Pratt Street
Suite 901
Baltimore, MD 21202-1249

Catherine Keller Hopkin
YVS Law, LLC
185 Admiral Cochrane Drive, Suite 130
Annapolis, MD 21401-7582

Shelby Kostolni
Stinson LLP
1775 Pennsylvania Ave NW
Suite 800
Washington, DC 20006-4760

Roman Catholic Archbishop of Baltimore
320 Cathedral Street
Baltimore, MD 21201-4421

Christopher Sevedge
Stinson LLP
1201 Walnut Street
Suite 2900
Kansas City, MO 64106-2150

The Official Committee of Unsecured Creditor
Stinson LLP
50 South Sixth Street
Suite 2600
Minneapolis, MN 55402-2241

End of Label Matrix
Mailable recipients      9
Bypassed recipients      0
Total                    9

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**(Baltimore Division)**

| | |
|---|---|
| In re:<br><br>ROMAN CATHOLIC ARCHBISHOP OF BALTIMORE,<br><br>   Debtor. | Chapter 11<br><br>Case No. 23-16969-MMH |
| THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS,<br><br>   Plaintiff,<br><br>  v.<br><br>ROMAN CATHOLIC ARCHBISHOP OF BALTIMORE,<br><br>   Defendant. | Adv. Pro. No. 26-00041-MMH |

**BRIEF IN SUPPORT OF ROMAN CATHOLIC ARCHBISHOP OF BALTIMORE'S MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF MAY BE GRANTED AND FAILURE TO JOIN INDISPENSABLE PARTIES**

Through this adversary proceeding, the Committee has launched a misguided and factually inaccurate attempt to get this Court to impermissibly interject itself into the internal governance of parishes within the Archdiocese of Baltimore, all while failing to name a single parish as a party or to otherwise provide them with notice. The Seek the City to Come initiative within the Archdiocese of Baltimore ("***Seek the City***") has been a multi-year undertaking by pastors, parishioners, and the ordinary of the Archdiocese of Baltimore, seeking to: (a) reimagine together the Catholic Church's ministry and presence in and around Baltimore City; (b) reassert, strengthen, and adapt pastoral ministry, evangelization, and outreach in Baltimore for the 21st Century, by

following "A Light Brightly Visible";[1] (c) realign pastoral, human, financial and facility resources effectively with current and future pastoral, spiritual, and evangelization needs; (d) re-engage and attend to the pastoral and evangelization needs of historical and diverse communities and generation cohorts; and (e) revitalize and be thoughtful stewards of the resources of the faithful to support welcoming, worshipping communities of faith, hope, and love. In short, Seek the City has been an undertaking by the Catholic community in and around Baltimore City to best determine how to practice their religion in and around Baltimore City. Because of the goals of Seek the City, the results and proposed undertakings are predictable.

With the contraction of Baltimore's population and no corresponding contraction in the number of Catholic churches in Baltimore and the surrounding areas, the resources of the Catholic faithful have been strained, thereby impeding and threatening the ability of the Catholic faithful to undertake the missions and ministries of the Catholic Church. As a result, in an attempt to preserve the resources of the Catholic faithful within the Archdiocese of Baltimore and assure their ability to continue practicing their religion, and after nearly two years of actively engaging six thousand (6,000) people in prayerful listening, visioning and discernment, Seek the City provides a plan for reimaging and realigning the City Church of Baltimore to carry out its Eucharistic Mission by combining sixty-one (61) parishes into thirty (30) worship and ministry sites in Baltimore City and in some of the immediate surrounding suburbs.[2] In doing so, the Catholic faithful have determined how, where, and through whom the Catholic faith will be spread within and around Baltimore City while undertaking to (a) preserve, not dissipate, the assets of the parishes within and around

---

[1] Attached as **Exhibit A**, **Exhibit B**, and **Exhibit C**, respectively, are pastoral letters from the ordinary of the Archdiocese of Baltimore and referenced as A Light Brightly Visible, A Light Brightly Visible 2.0, and A Light Brightly Visible 3.0 (collectively known as "A Light Brightly Visible"), each of which are publicly available.
[2] Attached as **Exhibit D** to this brief is a summary of the parishes combining.

5

Baltimore City, (b) generally enhance operations within the Archdiocese of Baltimore (which will inevitably enhance the Debtor's own operations), and (c) correspondingly protect their ability to practice their Catholic faith.

A review of publicly available documentation regarding Seek the City confirms reality matches intention. The decrees regarding each canonical merger as part of Seek the City are publicly available. In each decree, the reasons for the canonical merger are set forth, including in each instance consistent and persistent operating deficits, building operations that substantially exceed offertories, declining mass attendance and parishioner populations, and some instances in which a parish had already been forced to sell its buildings or had exhausted all operating funds.[3] In short, each canonical merger proposed as part of Seek the City was done in furtherance of preserving the ability of the Catholic faithful within the Archdiocese of Baltimore to continue the exercise of their religion. Notably, despite the various *canonical* mergers, each decree provides that the temporal goods, assets, and liabilities under civil law of the civilly incorporated parish shall remain separate and distinct, with the sequestration *pro tempore* of the temporal goods and assets of each civil corporation ordered for the exclusive use of meeting the debts and liabilities of the respective civil corporation. Importantly, each canonical merger involved only parishes, each of which are distinct from the Debtor canonically and civilly.

Notwithstanding the foregoing, without notice to non-debtors against which injunctive relief is sought and without identifying any property of the Debtor's estate affected by Seek the City, the Committee asks this Court to ignore the limitations imposed by the First Amendment ***and the Bankruptcy Code***, asking this Court to tell non-debtor parish corporations and the ordinary of

---

[3] The decrees with respect to Seek the City are publicly available at https://www.archbalt.org/seekthecity/letters-and-decrees/.

6

the Archdiocese of Baltimore how they must practice their religion and through whom they must profess their faith. Such a request should be rejected.

## RELEVANT STATUTORY BACKGROUND

The Debtor is a corporation sole, existing pursuant to Maryland law. In particular, Maryland law first provided in 1832:

> ***Be it enacted by the General Assembly of Maryland,*** That it shall be and may be lawful to, and for the trustees of any Roman Catholic Church, in whom the title to any lots or lots of ground, whereon any Roman Catholic Church is now erected, or which is used as a grave-yard attached to any such church, to convey the same by deed to be executed, acknowledged and recorded in the usual manner, to the Most Reverend James Whitfield, the present Arch Bishop of Baltimore, and his successors in the Archiepiscopal see of Baltimore, according to the discipline and government of the Roman Catholic Church, forever, and it shall and may be lawful to, and for any person or persons or body corporate, to convey unto the Roman Catholic Arch Bishop of Baltimore, for the time being, and his successors as aforesaid, forever, by deed as aforesaid, any lot, piece or parcel of ground as aforesaid, for the purpose of having a Church erected thereon, for worship according to the discipline and government of the Roman Catholic Church, or for a grave-yard as aforesaid, which said lots of ground and premises, when so conveyed, are to be held by the said Roman Catholic Arch Bishop of Baltimore, and his successors as aforesaid, for the uses of the members of the Roman Catholic Church, worshipping at the respective places where such Churches may be, according to the government and discipline of the Roman Catholic Church; *Provided always*, that the property and estate, so to be conveyed and held, shall not, for any congregation, exceed two acres; *and provided*, that such property be improved, enjoyed and used, only for a Church lot, parsonage and burial ground, or such conveyance, for such lot, shall be void; *and provided*, that nothing herein contained shall be so construed as to authorize the said Arch Bishop of Baltimore or his successors, to exact from the members of any congregation who may make conveyances under this act, any contributions as a consideration for the use of said church property so conveyed, without their consent.

1832 Md. Laws 308.

In 1868, the Maryland General Assembly enacted the following:

7

**Section 1.** ***Be it enacted by the General Assembly of Maryland,*** That so much of the Act of December Session, eighteen hundred and thirty-two, Chapter three hundred and eight, as provides that the property and estate to be conveyed and held under the provisions thereof, shall not for any one congregation exceed two acres, and that such property be improved, enjoyed and used only for a church lot, parsonage and burial ground, or such conveyance for such lot shall be void, be and the same is hereby repealed.

**Section 2.** ***And be it enacted,*** That the Roman Catholic Archbishop of Baltimore for the time being, and his successors forever, shall be capable to take, receive and hold by sale, gift, lease or devise, any lots or parcels of land not exceeding in the whole five acres, for the uses of any one congregation, according to the discipline and government of the Roman Catholic Church, to be improved, enjoyed or used for a church, parsonage, burial ground, school house, or any or all of said purposes.

1868 Md. Laws 268.

In 1874, Maryland law was further changed, providing:

***Be it enacted by the General Assembly of Maryland,*** That the Roman Catholic Archbishop of Baltimore, for the time, and his successors forever, shall be and they are hereby authorized and empowered at their discretion, to dispose of, lease, sell and convey from time to time, the whole or any portion of any lots or parcel of land, which said corporation sole, now has, or hereafter may acquire, in the same manner, and to the same extent, that any private person or other corporate body, could or might dispose of, lease, sell or convey property by him held or possessed.

1874 Md. Laws 398.

Then in 1894, the Maryland General Assembly passed the following:

**Section 1.** ***Be it enacted by the General Assembly of Maryland.*** That whenever any grant, devise, gift, sale, legacy or bequest, or any transfer or conveyance of property, real, personal or mixed, to take effect after the passage of this act shall be made to the present or any future Roman Catholic Archbishop of Baltimore, the same shall be held and construed, without regard to the accuracy of the language used for that purpose, to vest the ownership and title to the said property in the Roman Catholic Archbishop of Baltimore, for the time being and his successors forever, a corporation sole under the laws of this State, unless it shall be made to appear from the instrument of writing effecting such grant, devise, gift, sale, legacy,

8

bequest, transfer or conveyance, that the same is intended by the party or parties thereto, to inure to the benefit of the said present or future archbishop, individually.

**Section 2.** *And be it further enacted,* That whenever any such property shall be so granted, devised or bequeathed to the said corporation sole for the use and benefit of any particular church, congregation or entity, whether the said designated beneficiary be incorporate or not, or upon any other lawful conditions or any other trusts permitted by law, it shall be taken, held, used and enjoyed by the said corporation sole upon such conditions and trusts only, and in no manner and in no purpose whatsoever inconsistent therewith, and whenever the same shall be so as lastly aforesaid granted, devised or bequeathed without any such conditions, or any such trusts absolutely, then the same shall be taken, hold, used and enjoyed by the said corporation sole only to advance the general welfare of inhabitants of this State professing the above named form of the Christian religion, or to promote the legitimate ends of its creation as such corporation sole as aforesaid, and in no other manner and for no other purpose whatsoever.

1894 Md. Laws 50. In 1927, the General Assembly of Maryland authorized the corporation sole to acquire by sale, gift, lease, devise, bequest, or otherwise, property, real or personal, free from any limitation as to amount imposed by any of the foregoing acts or otherwise. 1927 Md. Laws 397.

Finally, in 1976, the Maryland General Assembly enacted, among other things, Subtitle 3 of Title 5 of the Maryland Code regarding Corporations and Associations (together, the "***Religious Corporations Act***"). *See* Md. Code Ann., Corps. & Ass'ns, §§ 5-301 *et seq*. Part I of the Religious Corporations Act applies to every religious corporation formed in Maryland by any church, unless otherwise provided in the Religious Corporations Act or other provision of law. Md. Code Ann., Corps. & Ass'ns, § 5-301.1. Similarly, Part II of the Religious Corporations Act "applies to every religious corporation formed in [Maryland] by a congregation of the denomination of Christians known as the Roman Catholic Church." Md. Code Ann., Corps. & Ass'ns, § 5-314.

9

Part I of the Religious Corporations Act provides that adult members of a church may form a religious corporation by electing at least four individuals to act as trustees in the name of and on behalf of the church and prepare a plan of the church. Md. Code Ann., Corps. & Ass'ns, § 5-302. Part I provides that it shall be the trustees of the church that shall file articles of incorporation. Md. Code Ann., Corps. & Ass'ns, § 5-304. Pursuant to Part I of the Religious Corporations Act, the trustees have the power to generally conduct the business of the applicable religious corporation. Md. Code Ann., Corps. & Ass'ns, §§ 5-306, 5-307.

Part II of the Religious Corporations Act provides further specificity with respect to incorporation of religious corporations by a congregation of the denomination of Christians known as the "Roman Catholic Church." Md. Code Ann., Corps. & Ass'ns, § 5-314. In particular, Part II requires that the four trustees under section 5-302 of the Religious Corporations Act shall be: "(1) the ordinary of the archdiocese; (2) the vicar-general of the archdiocese; (3) the pastor of the congregation; and (4) any other individual appointed by the ordinary." Md. Code Ann., Corps. & Ass'ns, § 5-315. Part II incorporates the powers of the trustees as provided in section 5-306 of the Religious Corporations Act and the more general powers granted to corporations under Section 2-103 of the Maryland Corporations and Associations Code. Md. Code Ann., Corps. & Ass'ns, § 5-318. *See also* Md. Code Ann., Corps. & Ass'ns, § 2-103. Finally, Part II subjects to the discipline and government of the Roman Catholic Church all powers of religious corporations incorporated by a congregation of the denomination of Christians known as the Roman Catholic Church. Md. Code Ann., Corps. & Ass'ns, § 5-318. *See also* Md. Code Ann., Corps. & Ass'ns, §§ 2-103, 5-306.

**STANDARD OF REVIEW**

Rule 12 of the Federal Rules of Civil Procedure (the "*Federal Rules*") is made applicable to this adversary proceeding by Rule 7012 of the Federal Rules of Bankruptcy Procedure (the

#535482956_v3

"***Bankruptcy Rules***"). By the Motion, the Debtor seeks dismissal of the Complaint pursuant to Rule 12(b)(6) of the Federal Rules and Rule 12(b)(7) of the Federal Rules.

## I.    Rule 12(b)(6) Standard of Review.

Pursuant to Rule 12(b)(6) of the Federal Rules, a party may seek dismissal for failure to state a claim upon which relief may be granted. *Robertson v. Anderson Mill Elementary Sch.*, 989 F.3d 282, 290 (4th Cir. 2021) (quoting Fed. R. Civ. P. 12(b)(6)). When a motion is filed seeking dismissal pursuant to Rule 12(b)(6) of the Federal Rules, the opposing party must have pleaded facts demonstrating it has a plausible right to relief. *Lokhova v. Halper*, 995 F.3d 143, 141 (4th Cir. 2012) (citing *Ashcroft v. Iqbal*, 556 U.S. 662, 678 (2009)). A claim must be more than merely conceivable or speculative, to be plausible. *See Holloway v. Maryland*, 32 F.4th 293, 299 (4th Cir. 2022). That is to say, to be plausible the allegations in the complaint must show there is more than a sheer possibility that the defendant has acted unlawfully. *Int'l Refugee Assistance Project v. Trump*, 961 F.3d 635, 648 (4th Cir. 2020) (quoting *Iqbal*, 556 U.S. at 678). While a court is required to accept all factual allegations as true for purposes of Rule 12(b)(6), a court does not accept legal conclusions couched as facts or unwarranted inferences, unreasonable conclusions, or argument. *United States ex rel. Taylor v. Boyko*, 39 F.4th 177, 189 (4th Cir. 2022). Accordingly, merely reciting a claim's elements and supporting them with conclusory statements does not meet the required pleading requirements. *Sheppard v. Visitors of Va. State Univ.*, 993 F.3d 230, 234 (4th Cir. 2021).

## II.    Rule 12(b)(7) Standard of Review.

Pursuant to Rule 12(b)(7) of the Federal Rules, a party may seek dismissal for failure to join a party under Rule 19 of the Federal Rules, which is made applicable to this adversary proceeding by Rule 7019 of the Bankruptcy Rules. Fed. R. Civ. P 12(b)(7); Fed. R. Bankr. P. 7019. Rule 19 of the Federal Rules provides a two-step inquiry to determine whether an action may

#535482956_v3

continue without the joinder of additional parties. *Nat'l Union Fire Ins. Co. v. Rite Aid of South Carolina, Inc.*, 210 F.3d 246, 249 (4th Cir. 2000). First, a court must determine whether the absent party is necessary to the action such that, in the party's absence, the court cannot afford complete relief. *See* Fed. R. Civ. P. 19(a). Second, a court must determine whether in equity and good conscience, the action should proceed among the existing parties or should be dismissed. Fed. R. Civ. P. 19(b). "Dismissal of a case is a drastic remedy, however, which should be employed only sparingly." *Nat'l Union Fire Ins.,* 210 F.3d at 250 (quoting *Teamsters Local Union No. 171 v. Keal Driveaway Co.,* 173 F.3d 915, 918 (4th Cir. 1999)). In determining whether to dismiss a complaint, a court must proceed pragmatically, examining the likelihood of prejudice against all parties, including those not before it. *Id.*

**ARGUMENT**

As set forth below, the Complaint should be dismissed because it asks this Court to grant relief prohibited by the First Amendment to the Constitution, fails to identify any property of the estate subject to Seek the City, fails to adequately plead irreparable harm (and review of publicly available information regarding Seek the City reveals any repleading would be futile), and fails to join indispensable parties against which the Complaint seeks affirmative injunctive relief.

I. **The Complaint asks this Court to exceed the limitations imposed upon it by the First Amendment.**

As recognized by the Supreme Court, "the First Amendment prohibits civil courts from resolving church property disputes on the basis of religious doctrine and practice." *Jones v. Wolf*, 443 U.S. 595, 602 (1979) (citing *Serbian Orthodox Diocese v. Milivojevich*, 426 U.S. 696, 710 (1976); *Maryland & Va. Churches v. Sharpsburg Church*, 396 U.S. 367, 368 (1970); *Presbyterian Church in U.S. v. Mary Elizabeth Blue Hull Memorial Presbyterian Church*, 393 U.S. 440, 449 (1969)). Moreover, where state law provides that the laws and regulations of a church govern, the

12

First Amendment requires civil courts to give deference to such laws and regulations of the church. *See Jones*, 443 U.S. at 609. Here, Maryland law provides that religious corporations formed by congregations of the Roman Catholic Church have the general powers set forth in sections 2-103 and 5-306 of the Corporations and Associations Code, ***subject to the discipline and government of the Roman Catholic Church***. Md. Code Ann., Corps. & Ass'ns, § 5-318. Because Maryland law subjects the power to, among other things, sell, lease, exchange, transfer, convey, mortgage, pledge, and otherwise dispose of assets to the discipline and government of the Roman Catholic Church, the First Amendment prohibits this Court from interfering with the decision of a separately incorporated parish (a non-debtor) to merge or otherwise close. *See* Md. Code Ann., Corps. & Ass'ns, §§ 2-103, 5-306, 5-318.[4] Therefore, the Complaint must be dismissed as a matter of law.

## II.   The Complaint does not allege the use of property of the estate.

The Debtor is not undertaking any action, no action is being taken with respect to property of the estate, nor does the Complaint allege anything to the contrary.[5] Section 363 of the Bankruptcy Code by its own language applies only to property of the estate. *See generally* 11 U.S.C. § 363. As set forth above, Maryland law created or recognizes separate and distinct entities in the corporation sole, which is the Debtor, the parish corporations, which are separately incorporated in accordance with and pursuant to Maryland law, and the ordinary of the archdiocese, which is an individual. It is a fundamental concept of corporate law that each corporation is a separate legal entity with its own debts and assets, ***even if such corporation is wholly owned by another corporate entity*** (which is not even the case here). *Kreisler v. Goldberg*,

---

[4] Maryland law also subjects to the discipline and government of the Roman Catholic Church the power to: (a) have perpetual existence under the name of the religious corporation; (b) generally manage the assets of the religious corporation; and (c) adopt rules and ordinances for conducting their affairs as necessary and convenient to accomplish the purpose of the religious corporation. Md. Code Ann., Corps. & Ass'ns, §§ 5-306, 5-318.

[5] While the Complaint attempts to conflate actions taken by separately incorporated parishes or the ordinary of the archdiocese, on the one hand, with actions taken by the Debtor, on the other hand, these allegations do not amount to more than legal conclusions couched as facts or unwarranted inferences, unreasonable conclusions, or argument.

13

478 F.3d 209, 213 (4th Cir. 2007) (emphasis added). Correspondingly (and unsurprisingly), while property of the estate may include a debtor's stock in a subsidiary, property of the estate does not include the assets of the subsidiary. *Kreisler*, 478 F.3d at 214 ("The fact that a parent corporation has an ownership interest in a subsidiary, however, does not give the parent any direct interest in the *assets* of the subsidiary."); *In re Guyana Dev. Corp.*, 168 B.R. 892, 902 (Bankr. S.D. Tex. 1994). As a result, numerous courts have concluded that nothing in the Bankruptcy Code prevents a subsidiary, even a wholly owned subsidiary, from taking action that might affect the value of the debtor's interest in such subsidiary. *See Kreisler*, 478 F.3d at 214 (citing *In re Calvert*, 135 B.R. 398, 402 (Bankr. S.D. Cal. 1991); *In re Cardinal Indus.*, 105 B.R. 834, 849 (Bankr. S.D. Ohio 1989)). Here, all actions sought to be enjoined by the relief sought in the Complaint are actions alleged to be taken by separate entities in which the Debtor has no ownership interest, with which the Debtor is not an affiliate (as defined by the Bankruptcy Code), and over which the Debtor has no decision-making authority. Accordingly, the Complaint fails to state a claim for which relief may be granted and must be dismissed.

### III.   The Complaint fails to plead irreparable harm.

To obtain a permanent injunction like that sought in Count II of the Complaint, a plaintiff must show that: (a) it has suffered an irreparable injury; (b) remedies available at law, such as monetary damages, are inadequate to compensate for that injury; (c) considering the balance of hardships between the plaintiff and defendant, a remedy in equity is warranted; and (d) the public interest would not be disserved by a permanent injunction. *eBay Inc. v. MercExchange, L.L.C.*, 547 U.S. 388, 391 (2006) (citing *Weinberger v. Romero—Barcelo*, 456 U.S. 305, 311-313 (1982); *Amoco Production Co. v. Gambell*, 480 U.S. 531, 542 (1987)). The Committee has not alleged facts sufficient to satisfy the elements necessary for the relief sought in Count II of the Complaint.

The Committee has not pointed to any irreparable injury. On the contrary, the Committee has made only cursory and conclusory factual allegations, many of which are factually inaccurate and none of which allege irreparable harm to the Committee. The Committee alleges:

a.     there were one hundred fifty-three parishes on the Petition Date;

b.     the Debtor obtains the majority of its revenue from levies imposed upon Catholic entities within the Archdiocese of Baltimore;

c.     more than half the Debtor's revenue comes from the cathedraticum each year;

d.     an initiative within the Archdiocese of Baltimore will involve the closure, realignment, and merging of sixty-one of one hundred fifty-three parishes;

e.     a policy requires the proceeds of sales of parish property to remain property of the parish except to the extent such proceeds may be utilized to pay certain indebtedness of the parish;

f.     upon information and belief, some parishioners disagree with the initiative;

g.     the closure and merger of parishes will have an untold substantial impact on the Debtor's fiscal health and ability to perform its duties in this chapter 11 case; and

h.     the Debtor has stipulated that it will provide the Committee not less than thirty days' notice if, as part of the initiative, any parish intends to take any civil law action to merge, consolidate, close, sell the property of, transfer assets of, retitle property of, encumber assets of, pledge assets of, assign any property interest of, or otherwise realign such parish.

At no point does the Committee make allegations that any property of the estate will be harmed such that the Committee will suffer irreparable injury. In the absence of plausible factual

15

allegations demonstrating irreparable injury, the Committee has failed to state a claim upon which relief may be granted. Accordingly, Count II of the Complaint must be dismissed.

**IV.   The Complaint fails to join indispensable parties—namely those taking the actions sought to be enjoined.**

Rule 19(a)(1) of the Federal Rules, which is made applicable to this adversary proceeding by Rule 7019 of the Bankruptcy Rules, provides:

> (1) *Required Party.* A person who is subject to service of process and whose joinder will not deprive the court of subject-matter jurisdiction must be joined as a party if:
>
> > (A) in that person's absence, the court cannot accord complete relief among existing parties; or
> >
> > (B) that person claims an interest relating to the subject of the action and is so situated that disposing of the action in the person's absence may: (i) as a practical matter impair or imped the person's ability to protect the interest; or (ii) leave an existing party subject to a substantial risk of incurring double, multiple, or otherwise inconsistent obligations because of the interest.

Fed. R. Civ. P. 19(a)(1). Here, the Complaint must be dismissed because the Complaint fails to name as a party a single entity that is taking any action that is sought to be enjoined by the relief sought in the Complaint.

As set forth above, under Maryland law, each parish within the Archdiocese of Baltimore is a corporation that is separately incorporated and existing pursuant to the Religious Corporations Act. *See* Md. Code Ann., Corps. & Ass'ns, §§ 5-301 *et seq.* Maryland law further creates and recognizes the distinction between the Debtor and the diocesan bishop of the Archdiocese of Baltimore. *See* 1832 Md. Laws 308, 1868 Md. Laws 268, 1874 Md. Laws 398, 1894 Md. Laws 50. *See also* Md. Code Ann., Corps. & Ass'ns Code, § 5-315 (referencing the ordinary—i.e., the diocesan bishop—of the archdiocese). These distinctions are reinforced by their separate and

16

distinct recognition in the Code of Canon Law,[6] which constitutes the discipline and government of the Roman Catholic Church recognized by Maryland law. *See e.g.*, Canon 368–369 (defining a diocese); Canon 381, § 1 (referencing the diocesan bishop and the diocese entrusted to him); Canon 515 (defining a parish); Canon 515, § 2 (dictating that only the diocesan bishop may erect, suppress, or alter parishes within his diocese); Canon 515, § 3 (providing a parish possesses the ability to hold property and is distinct from the diocese); Canon 1257, § 1 (all property held by a parish is distinct from the property of the diocese). Nevertheless, the Complaint does not name as a party a single parish corporation or other entity taking action in Seek the City, notwithstanding that the Complaint seeks to enjoin actions to be taken by those entities. Instead, the Complaint only names an entity that is taking no action with respect to the relief sought in the Complaint, failing to name a single entity alleged to be taking actions for which relief is sought. Therefore, the Complaint must be dismissed pursuant to Rule 12(b)(7) for failing to join a party under Rule 19 of the Federal Rules.

---

[6] The Code of Canon Law may be accessed at https://www.vatican.va/archive/cod-iuris-canonici/cic_index_en.html.

#535482956_v3

## CONCLUSION

For the reasons set forth in this brief, the Debtor respectfully requests this Court dismiss the Complaint, pursuant to either Rule 12(b)(6) or Rule 12(b)(7) of the Federal Rules and grant such other and further relief as this Court deems just and proper.

Dated: March 27, 2026                    Respectfully submitted,


                                          /s/ Blake D. Roth
                                         Catherine K. Hopkin (Fed. Bar No. 28257)
                                         **YVS LAW, LLC**
                                         185 Admiral Cochrane Drive, Suite 130
                                         Annapolis, MD 21401
                                         Telephone:    443.569.0788
                                         Facsimile:    410.571.2798
                                         Email: chopkin@yvslaw.com


                                         *-and-*


                                         Blake D. Roth (admitted *pro hac vice*)
                                         C. Scott Kunde (admitted *pro hac vice*)
                                         **HOLLAND & KNIGHT LLP**
                                         511 Union Street, Suite 2700
                                         Nashville, TN 37219
                                         Telephone:    615.244.6380
                                         Facsimile:    615.244.6804
                                         Email: blake.roth@hklaw.com
                                                 scott.kunde@hklaw.com


                                         *-and-*


                                         Philip T. Evans (Fed. Bar No. 11796)
                                         **HOLLAND & KNIGHT LLP**
                                         800 17th Street, NW, Suite 1100
                                         Washington, DC 20006
                                         Telephone:    202.457.7043
                                         Email: philip.evans@hklaw.com


                                         *Attorneys for the Debtor and Debtor In Possession*

18

#535482956_v3

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 27th day of March 2025, notice of filing of Brief in Support of Roman Catholic Archbishop of Baltimore's Motion to Dismiss For Failure To State A Claim Upon Which Relief may be Granted and Failure to Join Indispensable Parties was served by CM/ECF to those parties listed on the docket as being entitled to such electronic notices, which parties are identified on the attached service list.

/s/ Blake D. Roth
Of Counsel

19

#535482956_v3

Label Matrix for local noticing
0416-1
Case 26-00041
District of Maryland
Baltimore
Fri Mar 27 18:49:05 EDT 2026

Edwin H Caldie
Stinson LLP
50 South Sixth St. #2600
Minneapolis, MN 55402-2241

Richard L. Costella
Tydings & Rosenberg LLP
One E. Pratt Street, Suite 901
Baltimore, MD 21202-1249

Andrew Glasnovich
Stinson LLP
50 South Sixth Street
Ste 2600
Minneapolis
Minneapolis, MN 55402-2241

Alan M. Grochal
Tydings and Rosenberg
1 East Pratt Street
Suite 901
Baltimore, MD 21202-1249

Catherine Keller Hopkin
YVS Law, LLC
185 Admiral Cochrane Drive, Suite 130
Annapolis, MD 21401-7582

Shelby Kostolni
Stinson LLP
1775 Pennsylvania Ave NW
Suite 800
Washington, DC 20006-4760

Roman Catholic Archbishop of Baltimore
320 Cathedral Street
Baltimore, MD 21201-4421

Christopher Sevedge
Stinson LLP
1201 Walnut Street
Suite 2900
Kansas City, MO 64106-2150

The Official Committee of Unsecured Creditor
Stinson LLP
50 South Sixth Street
Suite 2600
Minneapolis, MN 55402-2241

End of Label Matrix
Mailable recipients     9
Bypassed recipients     0
Total                   9

**EXHIBIT A**
**A LIGHT BRIGHTLY VISIBLE**

# *A Light Brightly Visible*

## LIGHTING THE PATH TO MISSIONARY DISCIPLESHIP

*A Pastoral Letter on Evangelization–Based Parish Planning*

*Most Reverend William E. Lori, S.T.D., Archbishop of Baltimore*





# *A Light Brightly Visible*

## LIGHTING THE PATH TO MISSIONARY DISCIPLESHIP



*Most Reverend William E. Lori, S.T.D., Archbishop of Baltimore*

# 1/Introduction





*"Christ is the Light of nations. Because this is so, this Sacred Synod gathered together in the Holy Spirit eagerly desires, by proclaiming the Gospel to every creature, to bring the light of Christ to all men, a light brightly visible on the countenance of the Church."*
Lumen Gentium, No. 4.

N ow and then almost every bishop gets the urge to write a pastoral letter. I am no exception to that rule. Since I began my ministry as Archbishop of Baltimore, I have been tempted, more than a few times, to sit down and pen a pastoral letter on a number of topics but hesitated to do so. It's not that I am averse to putting my thoughts on paper or in the social media. I often write talks, columns, and short reflection pieces. Yet the pastoral letters are longer, usually more complicated, and I fear, seldom read.

This effort, I hope, is different. It grows out of talks I gave at a series of regional meetings that were held all around the Archdiocese of Baltimore. The subject of these meetings was the core mission of the Church of Baltimore – the same mission entrusted to the Apostles by the Risen Lord before He ascended into heaven: "Go, therefore, and make disciples of all the nations, baptizing them in the name of the Father, and of the Son, and of the Holy Spirit" (Mt. 28:19). These

*What decisions need to be made so that we can marshal the resources the Lord has given us to do the work of the Gospel?*

meetings dealt with the same questions that preoccupied the Apostles and the first disciples as portrayed in the Acts of the Apostles: Are we equipped to fulfill the great commission the Lord has given us? Do we personally have the qualities of mind, heart, and spirit to take up this task? Are our parishes ready to respond to

the challenges of the mission in our times? What decisions need to be made so that we can marshal the resources the Lord has given us to do the work of the Gospel? Are there ways we can pull together as a Catholic community to proclaim and bear witness to the Gospel more effectively in the City of Baltimore and the nine counties of Maryland that comprise the Archdiocese? How can we reach out more dynamically to those who have left and those who are searching?

At the end of these meetings, which were attended by clergy, religious and parish lay leaders, many asked if I would turn my talk into a pastoral letter. For a bishop, that's like a dream come true: "Of course, I will," I replied. And I wanted to issue this letter on the great Feast of Pentecost when the Church celebrates the outpouring of the Holy Spirit upon the Apostles. After all, we cannot bear witness to Christ or fulfill his mission unless we open our hearts to the Holy Spirit. May the Holy Spirit animate, guide, and sustain our efforts to be disciples and to make disciples in the Archdiocese of Baltimore now and for years to come.

# 2/Getting Stretched





*L*et me begin personally. I find Pope Francis to be a challenging Holy Father, a Pope who is stretching me, pulling me and occasionally pushing me. The challenge he lays down in my life is not ideological but evangelical. He is asking me, as a bishop, to test the quality of my encounter with Christ. As I go about my ministry, what is my relationship with Christ like? Is it warm, personal, transformative, or is it cold and formal? Have I allowed the Risen Lord in the power of the Holy Spirit to open my mind "to the understanding of Scripture"? (Lk 24:45)

Pope Francis is asking me to accompany those I serve. One of his famous lines is that bishops should acquire "the smell of the sheep" – and that means being with people, walking with people, caring about them, listening to them and asking questions. Accompanying others on their journey through life, however, means more than just "being there." It also means bringing something to the journey, or should I say,



"Someone" who will open my mind and the minds of my fellow travelling companions  "to the understanding of Scripture" as we walk together.

Pope Francis' challenge to me as your bishop is even more thorough. He is challenging me to make evangelization that foundation of my entire ministry. He is asking me first to be a missionary disciple myself and then to be the Lord's instrument in helping many to encounter Christ and become missionary disciples as well. Our Holy Father has much to say about pastoral ministry, first to bishops: about preaching and about temptations that afflict pastoral ministers, such as being self-absorbed. The Pope is asking that the Gospel be brought to the margins: to the poor and vulnerable,to those alienated from the Church, to those who may be searching for something better in their lives, and even to those who are not searching and have never given much thought to the Gospel.

6

And I may say to myself, "Gosh, I've been a priest 38 years and a bishop for 20. Haven't I been doing those things? Don't I have the hang of it by now? Is he saying that my ministry to this point hasn't had any value? Or that my way of doing things has been all wrong and has borne no good fruit for the Kingdom?" At this stage of the game, frankly, that would be pretty hard to hear: "It's later than one thinks!" But that's not what Pope Francis is telling me or any of us who labor in the Lord's vineyard. Rather, he's "reading the signs of the times in the light of the Gospel" (Gaudium et Spes, 4). That is to say, he is reading the signs of our times and telling you and me to do the same. The Pope is telling me as your bishop to

## Our Relationship with Jesus Christ

How do I know—how does any Christian—gauge his or her relationship with Christ? Are there "metrics" or is it just a matter of subjective feeling? And in gauging my relationship with Christ, is there danger that I will fall into introspection, that is to say, the trap of becoming so absorbed in assessing my discipleship that I lose sight of the Lord's mandate to bear witness to the Gospel? Clearly, every disciple must "come away and rest awhile" (cf. Mk 6:31) by spending time each day reflecting on Scripture and opening one's heart to the Lord. Every disciple must repent by the regular and fruitful reception of the Sacrament of Reconciliation and recognize the need for ongoing conversion in his or her life. There is no better guide for this process than the Beatitudes. If we wish to be like Christ and to love what he loves and to reject what he rejects, we should turn, again and again, to the Lord's words in the Sermon on the Mount where he sketches for us a self-portrait. It is that same portrait the Lord wishes to inscribe on our hearts as well. As we dig deeply into the Beatitudes we come to know how the Lord loves us and how we should love others, including those we are to serve. By meditating on the Beatitudes we absorb Jesus' compassion for us and for all and discover afresh the way to authentic happiness, indeed, "the joy of the Gospel." As we continually refresh, repair and deepen the image of Christ within us, then what the Church believes and teaches becomes not a burden but a response of love to the One who loved us first and poured out his life in self-giving love to save us. Then we become his authentic witnesses to our families, friends and co-workers.

## Jesus Accompanies His Disciples

The model for pastoral accompaniment is the story of the Risen Lord's encounter with two of his disciples on the road to Emmaus as recounted in the Gospel of Luke (24:13-35). The two disciples were discouraged and disillusioned like many people today who no longer practice their faith and have left the Church. They thought that Jesus' death on the Cross was a debacle. They no longer saw any point in following Christ. The Risen Lord joined them on their journey, though they did not recognize him. Jesus engaged them on the way; he drew them out and got them to express their concerns. Then, as if personally conducting a Liturgy of the Word, he opened their eyes to the understanding of Scripture, revealing to them the plan of God and showing them how Scripture refers to him and to his death and resurrection. And when they arrived at Emmaus, the Lord indicated he would be on his way but the disciples, now with the faith rekindled in their hearts, begged him to stay. There at table, the Risen Lord took bread, blessed it, broke it and gave it to them. Their eyes were opened; they recognized the Risen Lord "in the breaking of bread" – that is to say, in the Eucharist.

look with the fresh eyes of the Gospel at what the mission requires of us in our time and place. What then are some of these "signs of the times" we need to read and even scrutinize?

Numbers do not tell the whole story but they do tell us something. A recent study by the Pew Foundation found that religious affiliation in the United States in general is dropping, and while many Protestant denominations are losing members, the Catholic faith is losing members in far greater percentages. Two years ago, a study done by the

*The Pope is telling me as your bishop to look with the fresh eyes of the Gospel at what the mission requires of us in our time and place.*

Center for Applied Research in the Apostolate (CARA) indicated that while there are 97 million Catholics in the United States only 18 million attend Sunday Mass with any regularity and, of that number, only 3 million are involved in their parishes outside of Mass. These days, in most parishes, weekly Mass attendance hovers around 20 percent and we are facing a decline in sacramental practice across the board. These numbers indicate that many Catholics were baptized, shriven, communicated and confirmed, but unfortunately many were not evangelized. In other words, many have been prepared to

## St. Paul: A Model of Evangelization

In the Acts of the Apostles, St. Luke describes how St. Paul attempted to evangelize the Greeks at Athens. There he found himself in a new situation. God had not revealed himself to the Greeks as he had to the Jews. The Greeks were not awaiting the coming of a Messiah. Theirs was not the language of Scripture or the Law of Moses. And in coming to the Areopagus of Athens, St. Paul entered a public square of great knowledge and culture. It was a place where there were many shrines to various pagan deities and where philosophical issues were being vigorously debated. Here the brilliance of St. Paul shines as he finds the way to connect the Gospel with the Greek culture. He begins by doing his homework. He reviews the shrines to the various gods and comes upon an altar to "the unknown God." He identifies the unknown God as the One True God who created the heavens and the earth. He draws his listeners in by quoting from Greek poets, including Epimenides, who said of this unknown God, "in him we live and move and have our being," a God who loves and cares for the human family. Boldly St. Paul then proceeds to link the God of the Philosophers with the God of Scripture and to His Son, Jesus Christ, who died for sinners and was raised from the dead. As in our secular culture, St. Paul's highly intelligent and bold proclamation was met with a mixed reception. Some scoffed at the idea of being raised from the dead, others said they would like to hear more and still others converted and became disciples. We need to study St. Paul's address in the Areopagus as a model for evangelizing our secular culture, in making connections between Gospel and culture, while at the same time boldly proclaiming the kerygma, the saving death and resurrection of Christ.

receive the Sacraments but too few have deeply rooted their lives in the Lord's truth and love. What's more, the culture is changing and it's changing rapidly. It is sometimes said that people are becoming "more spiritual" and "less religious." But spirituality without the shared beliefs and values of a community soon withers, and ends up putting oneself, not Christ, at the center. Not too surprisingly, many now say that society as a whole is becoming not only less religious but also less spiritual. This manifests itself in the removal of religious symbolism from public places and in laws and ordinances aimed at deterring or even eliminating public expressions of faith.

*We have to be willing to ask how we are responding to the vocation to discipleship we received on the day of our Baptism.*

We do not wage war against the culture but recognize instead that in every age the Gospel we preach both engages the ambient culture and at the same time challenges



it. Pope Francis is telling us to find those points of engagement and proceed with joy, just as St. John Paul II before him told us to evangelize the culture "from within." So, Pope Francis is challenging me at a deep and personal level. It is my hope and prayer that you, as priests, deacons, religious, parish leaders and parishioners, are feeling the challenge too. It's not just the Pope's

soundbites we need to hang onto, not even his symbolic gestures, inspiring as they may be, but rather the substance of what the Pope is calling us to. And the way for us to respond to what the Pope is saying is not by looking into anyone else's heart but our own. We have to be willing to ask how we are responding to the vocation to discipleship we received on the day of our Baptism.

# 3/Getting Stretched with My Co-Workers





*W*hat is true of me is true of my co-workers in the Catholic Center (where the Archdiocesan central services offices are located). Since coming to the Archdiocese I've met some very wonderful people at 320 Cathedral Street who work incredibly hard and with great dedication. But one of the things we all began to notice as time went by was this: in our meetings and discussions we don't talk enough about the "core business," and the "core business" of the Church is "the kerygma" – spreading the Good News of the Lord's life, teaching, miracles, death, resurrection and exaltation, coupled with the coming of the Holy Spirit at Pentecost. We face that very human tendency to focus on the business and the planning at hand but not enough on the mission for which we were transacting the business and doing the planning.

*As a staff whose purpose is to support those who work "on the front lines" of evangelization in parishes, in schools, and in service to the poor and vulnerable, we are seeking to bring about what Pope Francis calls "missionary conversion."*

The Senior Staff (department heads) of the Catholic Center decided to undertake the ChristLife program (which was developed locally and is now used in more than 50 parishes in the Archdiocese of Baltimore). No program, of course, is the be-all and end-all of evangelization, but we needed a proven vehicle to get and keep us focused on "what really matters right up to the day of Christ Jesus" (cf. Phil 1:9). We met for six weeks around my dining room table and talked about the faith not merely in theoretical and professional terms but rather about the impact of Christ and faith upon our personal lives. Next we offered the first phase of the three-part program, Discovering Christ, to the entire staff at the

Catholic Center. It was well attended and well received. We then offered further opportunities for prayer and reflection, including daily Eucharistic adoration across the street at a chapel in the undercroft of the Basilica. During Lent various members of the staff at the Catholic Center  presented personal reflections or witness regarding their own life of faith and their own discipleship. As a staff whose purpose is to support those who work "on the front lines" of evangelization in parishes, in schools, and in service to the poor and vulnerable, we are seeking to bring about what Pope Francis calls "missionary conversion." We are seeking to

undergo, not only a change of thinking, but indeed a change in how we operate such that our daily work will clearly bear witness to Christ, and be and be seen as a response to Christ's missionary mandate.



And we have begun to make some changes. We have a Department of Evangelization and that is a step in the right direction. But sometimes offices have a tendency to operate in silos and to be purveyors of programs. And while we will never escape programs and event planning entirely, we wanted to shift the focus of the department to creating a small cohesive team of people who are themselves missionary disciples and who possess knowledge and skills in all the ministries that are part of parish life. We are seeking to create a team that can work with parishes and schools to help them do their job well, in areas such as fostering marriage and family, catechesis and missionary outreach. In other words, we are seeking to undergo missionary conversion from within so that we might be a catalyst in missionary transformation across the Archdiocese.



# 4/Stretching Parish Life



*P*ope Francis wrote "The Joy of the Gospel" to encourage and challenge us. The Holy Father encourages and challenges us to take up the mission afresh, with the youthful joy of the Gospel, aware that "the mercies of God are new every morning" (Lam 3:23). In that spirit I issued a planning document titled "Be Missionary Disciples" (see www.archbalt.org). It recognizes and affirms that much is being done in the area of evangelization and parish planning, but it also recognizes  that we have "miles to go before [we] sleep." As you read and study that document, I also ask two things of you: first, that "Be Missionary Disciples" not be seen as just another document from the Catholic Center but rather as a guide that lays down the principles to be followed as we go about authentic evangelization-based parish planning; second, that it not be regarded  as "window dressing" for hard decisions about the future configuration of parishes across the Archdiocese. Rather, that document and this pastoral letter are all about missionary conversion, that is, equipping ourselves not for institutional self-survival but for the mission of spreading the Gospel in each neighborhood in the Archdiocese of Baltimore.

*A parish might well attract people from beyond its own ZIP code, but it can never cease to reach out with missionary love to the people in its own ZIP code.*

In fact, when I first came to the Archdiocese, I began to speak about evangelization-based parish planning; early on, I even produced a document and a plan. I circulated that over the summer to the members of the Presbyteral Council who told me, rightly, that it looked like "business as usual" but with an evangelization label appended. I took the advice of my brother priests and went back to the drawing board. Then and there I decided to begin again, starting with myself, my brother priests and with the Catholic Center. Missionary transformation in central services and in the parishes won't be quick or easy but the Second Vatican Council and successive Popes keep reminding us that it is the only path forward.

# Who are the Millennials?



Millennials make up most of the youths and young adults in the Church today. This generation is also the one that is becoming one of the fastest to move away from participation in the life of faith and declare themselves "none" or no religion at all. And yet, they are a generation that seeks the mystery, tradition, community and opportunities for service that Catholicism has to offer. For many Catholic Millennials, being Catholic is a very conscious choice that is often not affirmed by those around them. Keeping this generation engaged in our parish communities is a challenge but it is not impossible. They are seeking encounter with others and, even if they cannot express it fully, with Christ, and they respond to parishes that offer creative ways to engage them. One of those ways is forming already engaged Millennials as missionary disciples who are able to reach out not only to their peers but indeed to many others as well.

Pope Francis says as much in "The Joy of the Gospel" where he calls for the renewal of structures: "The renewal of structures demanded by pastoral conversion can only be understood as part of an effort to make them more mission-oriented, to make ordinary pastoral activity on every level more inclusive and open, to inspire in pastoral workers a constant desire to go forth in this way  to elicit a positive response from all those whom Jesus summons to friendship with himself" (No. 27). Not to do this, Pope Francis tells us, causes us to succumb to "ecclesial introversion." The Holy Father then applies the notion of missionary conversion to parishes: "The parish is not an out-of-date institution precisely because it possesses great flexibility; it can assume quite different contours  depending on the openness and missionary creativity of the pastor and the community. If so, the parish is the Church living in the midst of the homes of her sons and daughters." The Holy Father then adds: "This presumes that [the parish] really is in contact with the homes and lives of its people and does not become a useless structure out of touch with people or a self-absorbed group made up of a chosen few…" (No. 28).

In other words, a parish might well attract people from beyond its own ZIP code, but it can never cease to reach out with missionary love to the people in its own ZIP code: "The parish is the presence of the Church in a given territory, an environment for hearing God's word, for growth in the Christian life, for dialogue, proclamation, charitable outreach, worship, and celebration." (Ibid) But for a parish to undergo a

## Portals of Evangelization

In the Gospels, we occasionally see the disciples as attempting to act as Jesus' "handlers." When people want to come to Jesus to ask for a cure, they reprimand them and push them away. This is what happened when Bartimaeus, the blind beggar, approached Jesus and asked to regain his sight (cf. Mk 10:46-52). Bartimaeus was already enlightened by faith and by confidence in Jesus. His disciples, however, put obstacles in his way. Thankfully Bartimaeus was not deterred; sadly, however, many others are deterred. When missionary outreach bears the good fruit of the Gospel, what obstacles do people who have been away from the Church or who are entering perhaps for the first time, encounter? Is the parish as a whole welcoming or is it more like a club that only reluctantly admits new members? Do we allow people who want to join or return to our parishes to languish as strangers or are they welcomed as fellow disciples? As part of missionary conversion, each parish needs to ask about its portals, its points of entry. What are some of these?

- A user-friendly phone system
- A digital presence (including a dynamic website and engaging social media channels) that are not only informative but inspiring
- A warm welcome at the door of the church
- A warm welcome by pastoral leaders and parishioners
- An invitation to join parishioners in a service project or a social occasion
- Convenient and ample opportunities for the Sacrament of Reconciliation
- A well-run RCIA program

In these and other ways, parishes show they have undergone a missionary transformation, thus serving not as an obstacle to Christ but rather as a bridge.

missionary transformation, not only the clergy, parish staff and the lay leaders are to be missionary disciples but there must also be numerous parishioners who are missionary disciples. They may not necessarily serve on the Pastoral Council or the Finance Committee, they may not be extraordinary ministers of the holy communion or a greeter or an usher but they are well formed and able to bring the Gospel beyond the walls of the church.  Again to quote the Pope: "In all its activities the parish encourages and trains its members to be evangelizers." (Ibid) And it is through them that we reach out to re-evangelize those who no longer participate, those who are in need of help, those who have been hurt by the Church or those who are seeking for some kind of meaning and stability in their lives.

Thus, every parish, every cluster of parishes, must be "outward bound," that is to say, geared up not just to offer good things and then hope that people will show up, but actively in search of those who need to hear the Gospel, actively trying to make connections with people in the parish boundaries, intentionally inclusive of parishioners and potential parishioners in all their diversity. This includes large numbers of African-American individuals and families, as well as a growing number of Africans, Hispanics and people from many Asian nations.  It includes those whose families have been in Maryland for generations and those who represent that European heritage of the



Archdiocese. But it must also include the emerging generation known as "millennials," with the challenges and opportunities for evangelization that they represent.

A few years ago Father William Byron, S.J.  former president of The Catholic University of America, wrote in America magazine that when a parishioner leaves the parish, sort of drops out, one of the things we need to do is an "exit interview." That was confirmed by Pope Francis when he spoke to the Bishops of Brazil  during World Youth Day in 2013. He said, in effect, that a church which never asks why people leave will never be able to give people a good reason why they should return to the faith.

## Working Together for the Sake of Mission

We want parishes to work together in a formal way. Many already do. This will be a continued benefit to the communities they serve and integral to the evangelization-based planning process now underway. Collaboration and a collegial approach will bring forth the creativity Pope Francis asks of parishes and parish leaders. While many of the existing parish relationships will remain, others may be asked to work with different parishes, depending upon the attributes they possess and the benefits that could be realized. For example, parishes with similar pastoral strengths, needs and demographics, especially if located close to one another, might be grouped so as to work together. We may find that current clusters of parishes are too large, too small or pastorally unworkable. As this planning process proceeds, I will look for a better term to describe how parishes can be appropriately grouped not just to exist side-by-side but to collaborate for mission. In some dioceses the word "collaborative" is used in place of cluster. I want to make it clear that when parishes are grouped together for the sake of mission this does not automatically mean they will be merged. If the mission calls for it, however, this step will be considered.

As we think about evangelization-based parish planning, we recognize the need for a comprehensive plan in every area of the Archdiocese, whether in communities with longstanding population declines or in areas experiencing tremendous growth. We also recognize that we are facing a growing challenge in our shortage of priests even as we continue to pray and work wholeheartedly for vocations to the priesthood. Further, the recent unrest and violence in the City of Baltimore strongly suggests that we need to be present in the City in ways that correspond to pastoral need, whether in parishes,

*A church which never asks why people leave will never be able to give people a good reason why they should return to the faith.*

hospitals, schools, or charitable outreach centers. And that brings us to the heart of the first principle we hope to follow in this renewal: it is not whether the Church will be present but how it will be present. We have to link together more effectively all the Church's ministries for the sake of mission.

A second principle in the evangelization-based planning process is that all parishes in the Archdiocese will be clustered, if they are not already. The size and shape of these clusters will vary across the Archdiocese but every parish will be expected to function in some way as part of a cluster. The basis for decisions regarding which parishes should work together will be guided  in the first instance by the parishes themselves.

A cluster is a group of parishes actively working together to envision, plan for and provide pastoral care to those within the cluster boundaries. Cluster parishes may be administratively, sacramentally, canonically and financially distinct from each other, or they may be linked, by varying degrees, to each other in one or more of these ways. Cluster parishes also collaborate with other Church entities active in their local areas, including schools, charitable agencies, and healthcare institutions.  The cluster relationship is one that is characterized by a spirit of communio, which breaks down territoriality or other obstacles and brings people together in support of the universal



mission of the Church.  Ultimately the clustering of parishes should result in a greater presence of the Church in a given community.

What I don't want to do is simply to combine struggling parishes into a slightly larger parish that also will struggle not unlike the merger of two old makes of cars, Packard and Studebaker back in the 1950s. By the time they merged both were struggling and only managed to pool their weaknesses. Before long, both marques disappeared.  That's not the model we should be following! Rather, I am hoping our decisions will ensure that parishes are centers of evangelization that connect people with the pastoral, educational, healthcare and social services that they need, with special help in living out the vocation of marriage and family.

# 5/The Great Temptations





*T*here are four temptations we must reject as we engage in this process.

The first temptation is one that I must avoid and it's this: how easy it would be for me to gather with a few advisors, review the data, make decisions about how the Church will be present in our communities, and then roll out my plan and weather the consequences. That would be a top-down or "end-determined" model of parish planning that I'm unwilling to follow. We need to begin locally, with pastoral need and opportunity, presented by pastors in collaboration with parish leadership, with resourcing and facilitation provided by the Catholic Center. For the Church to chart a course that will address the pastoral needs of each community in a way that advances the spread of the



Gospel, there needs to be a clear understanding of each parish community. This will be the basis for appropriate follow-up conversations that will help us all discern and clarify what must be done.

The second temptation is to say "we've heard this before": other plans have come and gone, nothing changed then and nothing is going to change now. This would be an understandable reaction, but a mistake. It's hard for us to miss the sense of urgency in the Pope's exhortation, "The Joy of the Gospel" but it should also be hard for us not to have that same sense of urgency as we look about us. The mission entrusted to us is too important and the needs of the people we serve are too great for us to give in to complacency or cynicism.

The third is the temptation to inevitability or fatalism. One person said to me, evangelization won't fly because the culture is against us. That's just the point: every pope since Vatican II told us that we have to evangelize from within the culture and for the culture. After all, the Greco-Roman culture in which the Church began her mission was not a piece of cake! I think of that excerpt from the letter to Diognetus we read each year in the Liturgy of the Hours: in it, a second-century author tells how Christians to

all appearances are indistinguishable from other citizens yet the Christians were also strangers in their own homeland because of their faith and hope in the Lord Jesus. They are like their fellow citizens yet they live differently and sometimes are ridiculed for doing so. Despite that, they do not feel like a persecuted and beleaguered group but instead are confident in the Lord and his love, so much so that they understand themselves to be an animating principle for society, like the soul is to the body.

The fourth temptation is to say, "What a beautiful vision the Pope has given us. Thank God we're already doing it! It's in the bag. Let's continue with business as usual." Yes, we are doing many of these things but we have to be willing to ask, "with what results?" What will happen if we just keep on doing what we have been doing? Where will we be in three years? In five years? In 10 years? Who will we have missed? Will we have been accountable to God and to ourselves for the mission we've been given? Entering into this process requires willingness, a sincere openness, to test everything: to see whether or not the mission is being accomplished and to what degree. It means asking who is in each parish and what do they need. It means listening to people who have left and welcoming them home. And it means asking how the parish can be linked to other services that are needed, like a hub with spokes.

## Evangelization in Education

Catholic schools, from elementary and high schools, to colleges and universities, religious ed. programs and even homeschools, exist not only to provide students with a strong academic foundation but to pass along to them the teachings of our Catholic faith. In doing so, they fulfill the mission of Catholic education, to provide "a particular environment for the New Evangelization by presenting the Gospel anew within the school and parish communities" (USCCB Statement on Catholic Education). Catholic schools bear witness to the truths of the Gospel and challenge children to live Gospel lives in the world today.  Pope Francis said to the youths of the world, "The Lord needs you for His Church. Be active members of the Church, go on the offensive, build a better world of justice, of love, of peace, of fraternity, of solidarity'. Don't leave it to others."

# 6/What Is To Follow





*T*he Be Missionary Disciples planning process will be conducted in two phases: a parish-level phase and a cluster-level phase. Phase I will consist of a parish-level review of mission focus and activity.  Each parish community – clergy and lay leaders, is to have a thorough and discerning discussion about how effectively it is fulfilling the mission of evangelization.  This is more than a review of statistics and financial data, important as those are.  Rather, we are asking parishes to engage in prayerful discernment so as to dig deeper into what lies behind the numbers: parishioners who have stopped practicing the faith, young people who depart after Confirmation, changing parish demographics, groups in the parish that have not yet been reached, etc.  To guide this discussion the Archdiocesan Office of Pastoral Planning will provide three things:  First, an instrument designed to help parishes gauge mission-vitality.  This instrument will be developed and tested during the summer months of 2015.  Second, a compilation of parish data, demographics, and maps packaged in ways that are easy to understand and use in these discussions.  Third, facilitation services for parishes that request it.

Beginning in September, each parish will be asked to engage the discernment discussion by using the instrument and data compilation mentioned above, while striving to include as many parishioners as possible.  Following the discernment process, each parish will be asked to suggest strategies for enhancing missionary activity within the parish itself or in collaboration with neighboring parishes.  Parishes will be asked to provide these strategies to the Office of Pastoral Planning by the First Sunday of Lent 2016.  (Note: Some parishes, after consultation with the Archdiocesan Office of Pastoral Planning, may find themselves in a position to follow a more condensed timeline, thereby allowing them to turn in their results by the first Sunday of Advent 2015.)

Following the parish-level reviews, Phase II will begin. Parishes will be asked either to reaffirm their current cluster arrangement or to request they be realigned based on their parish discussions. A discussion with the vicariate offices will take place to establish and/or confirm the cluster configurations.  Parishes that are ready formally to engage in cluster planning will be identified and a facilitator selected for each. Not all clusters

will be ready to enter this process at the same time, so a staggered approach will be taken, with several clusters at a time moving through the process, rather than all of the clusters at once. Using results from the parish discernment discussions, clusters will engage in facilitated conversations to identify strategies for enhanced missionary activity. The resulting product will be a cluster action plan that can be put into effect and will provide for ongoing evaluation of mission focus and disciple-making activity.

> *We should approach this process with hope and joy for its goal is to make our parishes ever more vibrant centers of evangelization, that manifest the attractiveness of the Gospel and the warmth of Jesus' truth and love.*

Additionally, throughout both phases, opportunities will be incorporated for personal transformation and conversion to occur as those involved reflect on what it means to be a missionary disciple.



So while we have a lot of work to do, and I know it won't be easy, we should approach this process with hope and joy for its goal is to make our parishes ever more vibrant centers of evangelization, that manifest the attractiveness of the Gospel and the warmth of Jesus' truth and love. As we celebrate the Feast of Pentecost, let us ask for a fresh outpouring of the Holy Spirit upon each parish and each member of our Archdiocese, and beg the intercession of the Blessed Virgin Mary, the Queen of Heaven and Earth and the Star of the New Evangelization. May the light of Christ shine brightly on the countenance of this community of faith so dear to me, the Archdiocese of Baltimore, the oldest Archdiocese in the United States of America. May God bless us and keep us always in His love.

# *Appendix: Be Missionary Disciples Process Outline*

**Key Acknowledgments:**

- Parishes throughout the Archdiocese are involved in strategic planning, parish clustering and evangelization efforts that are making a difference – we want to honor the time and commitment that has been invested already and incorporate that work wherever possible
- There have been several "parish planning" initiatives put forth over the years – we value the body of knowledge that these efforts yielded, and want to build on that work while making evangelization the overriding focus of the current initiative

**Core Beliefs:**

- Effective evangelization first requires understanding and an honest self-assessment of how we are making disciples now and how we are positioned to make disciples in the future – so we are asking each parish to evaluate itself on a series of characteristics that relate to this
- True and lasting transformation requires continual assessment and improvement – so we are incorporating a benchmarking element against which parishes and clusters will gauge their current state and progress, and evaluate which areas need more attention
- Effective evangelization also requires that we align our resources in ways that channel everything towards this goal, rather than self-preservation – so we anticipate that every parish will be engaged to some degree in a cluster relationship with other parishes

I. **Phase I: Parish-level assessment**
   a. Each parish will be asked to do a self-assessment using an assessment tool provided by the Archdiocese.
   b. The assessment tool will collect responses on how the parish understands and reaches out to those within their parish and parish boundaries within the following areas:
      i. Evangelization;
      ii. Pastoral care;
      iii. Service & outreach;
      iv. Worship & sacraments;
      v. Discipleship/faith formation;

      vi.   Fellowship & communio;

     vii.  Financial sustainability;

   viii. Physical structures;

     ix.  Clergy/leadership/administration.

c.    The assessment tool will ask a series of questions related to goals within the areas listed above. The goals will be expressed as aspirational qualities that characterize an evangelizing, mission-oriented parish. Each goal will have a corresponding benchmark, or target, against which parishes should measure their current status and future progress. A rubric will be provided that will help parishes understand where the responses fall on the spectrum relative to the benchmark.

d.    The assessment process should solicit responses from a broad spectrum of people, including parish staff, parish leadership, and parishioners.

e.    Once the assessment is completed, pastoral councils or other teams of parishioners should review the responses and rubric scores against the benchmarks. Based on the review, pastoral councils or other teams of parishioners should suggest strategies for moving closer to the benchmark.

f.    In the process, parishes should be considering in what areas it will be necessary or desirable to collaborate to some degree with neighboring parishes to reach the benchmarks or achieve greater success than could be achieved by an individual parish? Which parishes would complement this work and how might those relationships be structured?

**g.**    **AOB Deliverables to Parish:** guidance document for the assessment process; sample meeting formats and suggested preparatory reading; assessment tool and rubric; parish and community data and maps

    **Parish Deliverables to AOB:** completed assessment matrix

## II.  Phase II: Cluster-level planning

a.    Recognizing that clusters already exist and that some may be more or less active than others, following the parish-level evaluations, parishes will be asked either to reaffirm their current cluster arrangement or to request they be realigned based on their parish assessments. If necessary, a facilitated discussion with the vicariate offices will take place to establish the cluster relationships.

b.    Parishes ready to formally cluster together and begin the cluster planning process will be identified and a facilitator selected.

c.    Using responses from the parish assessments, clusters will engage in facilitated

discussions to address the goals and benchmarks as a cluster and identify the strategies that will most effectively move them closer to the benchmarks.

d. The resulting product will be an action plan that can be put into effect and will provide for ongoing evaluation of progress towards the benchmarks.

e. The cluster-level planning process should be completed within one year.

f. **AOB Deliverables to Cluster:** guidance document for the process; sample meeting formats; facilitator training; cluster plan template; cluster and community data and maps

**Cluster Deliverables to AOB:** completed cluster plan

## III. Resources

a. Demographic and development data, historical parish statistics, and mapping tools will be provided at the greatest level of detail possible to help parishes in their conversations

b. Teams from the Archdiocese will be available to consult with parishes or groups of parishes on specific topics, as needed

c. Parishes are encouraged to integrate any strategic planning initiatives already undertaken at the parish or cluster level to maintain continuity and build on accomplishments

## IV. Timeframe

a. All parishes in the Archdiocese will be expected to engage in this assessment beginning in fall 2015, though flexibility exists for extenuating circumstances

b. Summer 2015 – Office of Pastoral Planning prepares evaluation tool and rubric, data and mapping for parish use

c. Parish-level evaluations
  i. Condensed timeframe: September 2015 – late November 2015
  ii. Normal timeframe: September 2015 – February 2016
  iii. Key moment: 1st Sunday of Advent or 1st Sunday of Lent
    1. Assessment completed
    2. Clusters envisioned
    3. Preparations for welcoming moments of Christmas or Easter

d. Cluster-level planning
  i. Beginning as early as January 2016 (depending on parish process)
  ii. One year process



*A Light Brightly Visible*

LIGHTING THE PATH TO MISSIONARY DISCIPLESHIP

**EXHIBIT B**
**A LIGHT BRIGHTLY VISIBLE 2.0**

# A Light Brightly Visible 2.0

*• A Pastoral Letter •*

*Most Reverend William E. Lori, S.T.D.,  Archbishop of Baltimore*



ARCHDIOCESE *of* BALTIMORE





# A Light Brightly Visible 2.0

### • *A Pastoral Letter* •

*Most Reverend William E. Lori, S.T.D., Archbishop of Baltimore*



JANUARY 2021

# TABLE OF CONTENTS

PREFACE  5

I. RENEWING THE MISSION  8

II. THE LIGHT OF CHRIST SHINING BRIGHTLY
    WITHIN EACH OF US  10

III. THE LIGHT OF CHRIST SHINING
     BRIGHTLY IN FAMILIES  13

IV. THE LIGHT OF CHRIST SHINING BRIGHTLY IN
    PARISHES AND PARISH LEADERSHIP  16

V. THE CORE MISSION PRIORITIES REVISITED  30

VI. LESSONS LEARNED THUS FAR  35

VII. SHADOWS AND LIGHTS  39

VIII. WHERE DO WE GO FROM HERE?  45

IX. A LIGHT SHINING EVER MORE BRIGHTLY  49

# PREFACE

Last year was unlike any other in recent memory. The year 2020 was disorienting and discouraging. But as Christians, the urgency and joy of our mission remains unchanged. For this reason, I felt the need to "update" my first pastoral letter, *A Light Brightly Visible*. In this present letter, I hope to share with you the encouragement that is ours in Christ Jesus and the Holy Spirit. At the same time, I hope to recast a shared vision of creating parish communities as neighborhood centers of evangelization, where Christ is proclaimed, taught, and celebrated, and where missionary disciples are formed and sent forth.

I situate these reflections on how Christ's light burns brightly in each of us and in our families, and how we can nurture and share this light within our particular state of life and vocation. From there, I reflect on how the light of Christ shines in and through the life of our parishes and the Archdiocese as such, as I revisit six fundamental pastoral priorities for the renewal of parish life. Next, I explain the lessons that we have learned through the ongoing pastoral planning process. Then I focus on what new needs have emerged. I conclude with some ongoing challenges for the Church in the world and our need to refocus our gaze on the Eucharist, with the introduction of a Year of the Eucharist in the Archdiocese of Baltimore. It is my hope that these reflections will serve as a guide as we continue our most important work of making missionary disciples and renewing the spirit of the Gospel in this local Church.

Before proceeding, however, I want to offer a word of thanks to my Archdiocesan co-workers, a team that extends my ministry and supports pastorates in this important work.

Ms. Daphne Daly and her office have worked with a loving perseverance to advance the ongoing pastoral planning process. Similarly, I am grateful for Dr. Ximena DeBroeck, interim Director of Evangelization, and her department, which is launching workshops on Pope Francis' newly issued *Directory for Catechesis* to deepen and renew our formation efforts across the Archdiocese. Mr. Bill Baird, formerly the Archdiocesan chief financial officer, and more recently

part of a project undertaken by Dynamic Catholic known as "Dynamic Parish," has completed an extensive consultative process that will result in the formation of a more nimble evangelization team. Following Mr. Baird's recommendations, I am creating an Institute for Evangelization and have asked Mr. Edward Herrera, who previously served as the Director for the Office of Marriage and Family Life, to serve as the Institute's inaugural Executive Director. I will offer more reflections around this Institute later in this letter.

If we are to evangelize with integrity, then all of us as a community of faith must dedicate ourselves to the elimination of racism. With that imperative in mind, I assembled a Racial Justice Working Group, led by the highly capable Ms. Sherita Thomas, the interim Director of the Office of Black Catholic Ministry. With my approval, two consultants—two Catholic gentlemen whom I have known for years and whose faith and integrity are of the highest order—began to assist the Racial Justice Working Group

I also want to thank Bishop Bruce Lewandowski, C.Ss.R., our recently ordained Auxiliary Bishop and my Vicar for Hispanic Catholics, along with Ms. Lia Salinas, Director of the Office for Hispanic Catholics. Their commitment to the Hispanic community has been nothing short of inspiring, especially during a pandemic that has disproportionately affected the Hispanic community.

I am grateful to the tireless work of Mr. James Sellinger, the Chancellor of Catholic Education, and Superintendent Dr. Donna Hargens to strengthen our Catholic schools. Dr. Hargens often speaks about the mission of Catholic schools to provide "a Christ-centered education," and I could not agree more.

Mission support often goes unnoticed but is *integral* to thriving pastorates. Here, I want to applaud the important work of the regional controllers, whom our Chief Financial Officer, Mr. John Matera, has put in place, as well as the diligent work of Ms. Ashley Conley, Director of Parish and School Finance. Working personally with a cohort of pastors, business managers, and parish finance councils, these regional controllers have helped parishes grapple with budgeting and staffing questions as well as other efforts to control costs without cutting back parish services. Added to that is the work of the Department of Development and a team of regional development directors, led by Mr. Patrick Madden, assisting parishes in sustaining and increasing offertory support, year over year. In 2021, more than 100 parishes will take part in an offertory enhancement program.

With the assistance of Partners for Sacred Places, Mr. Nolan McCoy and the Facilities Office have been working with Bishop Denis Madden in the Urban Vicariate to study some of our parish facilities, not only in a data-driven way, but also in a manner that is sensitive to the history and needs of parishioners. In these and other ways, Central Services and parishes work together toward the goal of sustainability for each of our pastorates.

Let me also offer a word of warmest thanks to Bishop Adam Parker, who works tirelessly and effectively to coordinate the work of staff at the Catholic Center and in his pastoral outreach to many parishes. So too, I am grateful to Bishop Madden for his ongoing and dedicated service as Urban Vicar; Msgr. Jay O'Connor, who brings abundant wisdom and experience to his generous service as Eastern Vicar; and to Deacon Christopher Yeung, who so thoughtfully and faithfully serves as my Delegate to the Western Vicariate.

All of this said, I am most grateful to each of you—clergy, lay-ecclesial ministers, business managers, and all the lay faithful—for your fidelity to Christ's call to go and make disciples.

# I. Renewing the Mission

*"Christ is the light of nations … this Sacred Synod … eagerly desires, by proclaiming the Gospel to every creature, to bring the light of Christ to all, a light brightly visible on the countenance of the Church."*

(II Vatican Council, Lumen Gentium, No. 1)



File Photo

8

Five years ago, after extensive listening sessions, I issued a pastoral letter titled *A Light Brightly Visible* (hereafter, LBV). My intent was to provide inspiration and guidance for our ongoing pastoral planning process. At first glance, it may have seemed as if parish planning was little more than an administrative process leading to the closures and consolidations of parishes, largely for financial reasons. I do not discount our need to face such difficult realities in the Archdiocese of Baltimore, but neither do I want to follow a mere administrative process, one that is likely to leave lasting pastoral scars. Rather, as I took counsel with the clergy and laity, I learned of your desire for a process that is rooted in the missionary impetus of the Second Vatican Council, a renewed call to bear witness to the Gospel of Jesus Christ, and to do so with new vigor, new methods, and with renewed holiness. This is what successive popes have called "the new evangelization."

# II. The Light of Christ Shining Brightly within Each of Us

*"Live as children born of the light. Light produces every kind of goodness and justice and truth."*

(Eph 5:8-9)

The fundamentals of LBV are disarmingly simple. It avoids the complex and sometimes numbing language of an overly corporate type of strategic planning. It does not seek to proceed by way of "shiny objects," such as mere external changes that engender enthusiasm for a while but then disappoint and fade away. Rather, LBV is built on the bedrock of our faith in Jesus Christ. At the heart of our faith is not a mere idea, however noble or inspired, but rather an encounter with Jesus Christ, our Savior. And by the word "encounter," I do not mean merely a chance meeting or a casual relationship, but something more akin to a meeting of minds and hearts. An encounter with Christ is that moment when, in the power of the Holy Spirit, we truly open our hearts to our Savior, understand the depth and beauty of his love for us, and find ourselves forever changed and transformed by Him. Once we have done so, we view the Scriptures and the Church's teaching, the liturgy, our life of prayer, and our moral life in a new way. Far from being burdensome, these things become beautiful and precious, and move from the periphery of our lives to the center. For when we have fallen in love with Christ, our lives acquire a new horizon of hope that enables us, even now, to live differently, and to strive eagerly for holiness, that is, an ever-deeper participation in God's Triune glory and self-giving love.

Let me dwell on this point a little more. A few years ago, Catholic Charities of Baltimore titled its annual report "The Power of One," meaning the capacity of each person to do a world of good. This pastoral planning process hinges on the power of one—the power of God to work in and through each one of us. Indeed, we may find the term "missionary discipleship" baffling and off-putting until we realize what the Lord, the Bridegroom of our souls, truly offers us. He does not merely love us generically but loves each of us personally, with a merciful, pervasive, and persistent love that seeks to make each one of us a unique reflection of his divine love. This, indeed, is what Jesus Christ is seeking to do, right in the midst of the chaos of our lives. The Lord is seeking to create in each of us, at the core of our existence, "a light brightly visible," a light that shines distinctively, from the inside out. Jesus wants nothing more than for us to be "the salt of the earth" and "the light of the world" (Mt 5:13-16). Put another way, Jesus wants to create in each of us a pure heart (cf. Ps 51), so that our sinful guile would not impede his light from shining brightly from the depth of our hearts.

Here, a word about moral transformation might be helpful. For many people, the Church's moral teaching represents a roadblock, not a path to faith.

Sometimes, we think the bar is set too high, that living according to the Church's teachings in all their dimensions is all but impossible. This is especially true when the Church's moral teaching comes across solely as a duty for us to carry out "with a stiff upper lip" or else it is neglected or modified to suit the tenor of the times. Then again, moral scandal, especially on the part of the Church's leaders, discourages many from embracing and living the faith, including its moral teachings.

Yet, a godly way of life is not really our doing. Rather, it is Christ at work in us through the Holy Spirit, strengthening us in our weakness, offering us forgiveness, patiently helping us to overcome every vice and to embrace, in love, every virtue. For most of us (myself included), this is arduous work, but it becomes a labor of love once we realize that a morally upright life is, at base, a response of love to the God who loved us first. Christian morality is all about our becoming unrepeatable reflections of divine love. Just to be clear, love is primary. Loveless virtue gives virtue itself a bad name. But when our virtue is infused with love, then it becomes attractive, even luminous.

As the light and love of Jesus overtakes our souls, then, we can hardly help but be missionary disciples, followers of Jesus whose lives have become a loving invitation to others to encounter Christ. As St. John Henry Newman put it, "Make me preach you without preaching, not by words but by my example, and by the catching force, the sympathetic influence of what I do, the evident fullness of the love my heart bears to you."[1]

The point I wish to highlight is this. The Lord calls every member of the Archdiocese to holiness and missionary discipleship. Every member of the Archdiocese has a role to play in revitalizing the Church's life and mission. This ongoing work, outlined in the Archdiocesan pastoral planning process, does not belong to "the experts" alone, nor to clergy alone, and still less is it a matter of clinging to buildings that have outlived their purpose. Rather, the Lord calls each of us to be his followers and to attract others to himself, and to his Gospel, and to the Church by a life of radiant love. Thus, the first place where the light of Christ must brightly shine is in our hearts.

---

[1] John Henry Newman, *Meditations and Devotions*, "Jesus the Light of Soul," London: Longmans, Gree, and Co. (1953), p. 279.

# III. The Light of Christ Shining Brightly in Families

*"Every home is a lampstand."*
(Pope Francis, Amoris Laetitia, No. 8).



13

A second place where the light of Christ must shine brightly is in our families. The family occupies a central place in God's loving plan for humanity. Indeed, the Lord invites married couples to love one another in a manner that resembles the divine love of the Persons of the Trinity. The mutual and fruitful love of husband and wife for one another, their gift of self, one to the other, is the way in which God intended for children to come into the world, to be cared for and nurtured, and to grow toward maturity and holiness. Not coincidentally, Scripture opens with the story of the first couple, Adam and Eve, and closes with the great wedding feast of heaven. Not coincidentally, Jesus was born into a loving family where He prepared to fulfill the mission for which his heavenly Father had sent him.

In God's loving plan, families are where the faith is to be taught, modeled, and transmitted. Just as parents are to see to the physical and emotional well-being of their children, so too they are to be especially diligent in looking after their spiritual well-being. It is in the home that the stage is set for young people to encounter the Lord, to develop a relationship of love and friendship with him, hear the call to holiness, and discover their true vocation in the life of the Church. In the family, the young develop the virtues of faith, hope, and love—virtues that put our lives in a living relationship with God. The home is where young people acquire the pivotal moral virtues that lead to true happiness and distinguish them as disciples of the Lord.

It is, of course, all too easy to wax idyllic about family life when one does not experience its daily strains and stresses. In his Apostolic Exhortation, *Amoris Laetitia*, Pope Francis reminds us that Scripture presents beautiful portraits of family life. Our Holy Father also reminds us that the Bible does not shrink from portraying the suffering and desolation that families undergo when torn apart by war, exile, and injustice.

I do not need to tell you that today families are under great stress and experience a good deal of brokenness. Far too many families in the Archdiocese of Baltimore face the economic strain of unemployment or minimal employment. The fast pace of life tears at the fabric of the family, leaving very little time for family members to form deep and lasting relationships of love. Sadly, our culture encourages sinful and self-centered behaviors that are the polar opposite of self-giving love. Fidelity, commitment, and perseverance seem in short supply in a

rapidly changing world where temporary, transactional relationships are in vogue. Add to that the stresses that the coronavirus has placed on families that now find themselves trying to stay well, work at home, educate their children at home, and cope with being together in close quarters every waking hour.

In addition, due to personal choices, circumstances, and a variety of other societal factors, the structure of family life varies. For example, there are blended families and single-parent families. Such families can be places of faith, love, stability, and security. Many single parents are heroic in raising their children in the faith. Yet, as Pope Francis reminds us, we must never relax our efforts to promote sacramental marriages as taught by Christ and understood by the Church. Rightly does he urge us to find appropriate language and to employ effective approaches in helping young people open themselves to sacramental marriage and stable family life—not as an abstract ideal but concretely, as vocation that is both attainable and life-giving.[2]

For all its challenges, however, the family is the only way forward for the human race and for the Church's mission. When the light of Christ is brightly burning in our families, they become a source of light and love for the Church and the wider society. When the light of Christ glows in the heart of our families, they become domestic churches where Christ is at the center. Years ago, Father Patrick Peyton, C.S.C., famously said, "The family that prays together stays together." His words are still true. Families that take time to pray together, that grow together in faith, and live the Gospel joyfully and generously—such families by no means avoid hardship and suffering–but often in those moments their faith and love glows even more brightly.

---

[2] Pope Francis, *Amoris Laetitia*, Cf. Nos. 35-37 and No. 45. In the Archdiocese of Baltimore, one such practical response to Pope Francis' call has been to pilot a mentor model for marriage preparation called "Witness to Love," which has been expanded to a civil marriage initiative that encourages and forms civilly married couples to enter into a sacramental union. www.archbalt.org/marriageprep

# IV. The Light of Christ Shining Brightly In parishes and parish leadership

*"You are the light of the world."*
(Mt 5:14)



A third and primary place where the light of Christ must shine brightly is our parishes. Pope Francis refers to the parish as "a family of families," thus instructing us that the stronger and more vibrant our Catholic families are, the stronger and more vibrant our parishes will be. To be sure, parishes are "families" in an analogous sense; it means that parishioners should experience in our parish communities the characteristics of a loving family. Loving pastoral leadership can and should foster a sense of belonging and participation among parishioners, allowing the bonds of faith and charity to blossom in a wide range of ministries and outreach to those who are in need. Such a familial atmosphere helps to create unity rooted in the encounter with Jesus Christ, in reverent worship, and faith sharing. It helps to break down the fears and anxieties of those who wish to return to the practice of the faith, creates a favorable climate for dialogue and understanding, and encourages a missionary spirit. By contrast, when a parish has an "institutional" feel, it can be cold and off-putting, prompting parishioners to look elsewhere for spiritual nourishment or, sadly, to head for the exit, perhaps never to return.

*Ordained Leadership*

Leadership is crucial in forming warm and vibrant parish communities. I am deeply grateful to my fellow bishops, priests, and deacons who have committed themselves to the mission of evangelization in this Archdiocese. I am also aware, however, that the mission entrusted to us sometimes seems overwhelming, beyond our reach, especially in challenging times such as these. It is all too easy to grow discouraged by administrative burdens, by economic headwinds, as well as by the trenchant criticisms and the seeming indifference of many people to the Gospel message that we so urgently wish to convey. At other times, we feel as if we are alone, unsupported, either by our fellow clergy or our people. Yet, as those ordained to proclaim the Gospel, the light of Christ must shine brightly in us, and through us, onto the parish families the Church has called us to serve.

How can we ensure that the darkness of weakness and discouragement will not overcome the light of Christ planted in our hearts by the Holy Spirit at Baptism and Confirmation and renewed in us through the Sacrament of Holy Orders? The Gospel answer to that question is that we must prefer to everything else "the one thing necessary" (Lk 10:38-42), namely, daily sustained prayer in which we listen to the voice of the Lord. As you recall, when Jesus visited the home of Martha and Mary, Martha busied herself about the details of hospitality,

while Mary sat with Jesus and listened to "the words of spirit and life" he spoke (Jn 6:63). Often, those of us in ordained ministry can be more like Martha than Mary. We can busy ourselves with the details of parish ministry until we grow tired and discouraged and find ourselves "out of steam." The only way to keep ourselves young and vibrant in ministry is daily prayer in the Presence of the Blessed Sacrament. If we want to preach convincingly, exhibit pastoral love, and experience support and friendship, then we must spend an hour a day adoring the Eucharistic Lord, allowing his heart to speak to ours, making reparation for our sins, and allowing Jesus to deepen his divine friendship with us. When we spend this quiet time—away from every other distraction—we experience more profoundly Christ's priestly love for us. The more we pray, the more the Scriptures and our Catholic Tradition come alive for us, and the more we become witnesses, not just teachers of the faith. Only if our Eucharistic faith is alive and well can we convince non-practicing Catholics to return to Holy Mass on Sunday.

Integral to the daily prayer of the ordained is the Liturgy of the Hours. We pledged to pray the Divine Office at ordination, yet sometimes this daily prayer of the Church all too readily goes by the board. Yet, what a consolation it is when we pray the Psalms attentively, allowing them to reflect Christ's truth and love, experiencing them as a sounding board for our many moods and concerns. What a consolation it is to read and study the Scriptures continuously and to benefit from the wisdom of the great spiritual writers of the Church. Few resources enrich our ministry more than the Liturgy of the Hours.

Just as "Scripture is the soul of theology,"[3] so too Scripture is the soul of preaching, evangelization, and catechesis. If we would "do the work of an evangelist" (2 Tim 4:5), then we must immerse ourselves in Sacred Scripture by carefully studying the texts on which we preach, by engaging in *lectio divina*, and by learning how to hear the voice of Christ throughout Scripture. Let us never underestimate the power of the inspired Word of God itself to move and open minds and hearts to the glad tidings of salvation.[4]

So too, as pilgrims on the road to salvation, we sometimes slip and fall. Sound spiritual direction and the fruitful reception of the Sacrament of Reconciliation are crucial. In these moments of grace, the Holy Spirit works overtime, so to speak, to "create in us a clean heart" (Ps 51), a heart that more

---

[3] Cf. Second Vatican Council, *Dei Verbum*, No. 24.
[4] Cf. Pope Francis, Evangelii Gaudium, Nos. 145 ff. where he discusses preaching and preparations for preaching.

perfectly reflects the light and love of Christ that should shine in and through us as we preach the Word, celebrate the Sacraments, and guide our parish communities in love. For many of our people, the Sacrament of Reconciliation is the gateway for their return to the practice of the faith. Our own dependence upon this Sacrament of Mercy will enable us to speak personally of its benefits in our spiritual lives, and prompt us to be as generous and as merciful as possible in administering it.

Similarly, prayer groups play an important role in supporting us in ministry. I think of the many Jesu Caritas groups in the Archdiocese and of other less formal gatherings of prayer. The Holy Father's encyclical, *Fratelli Tutti*, underlined the solidarity, the fraternity that is ours in Christ Jesus, as human beings, as disciples, and indeed as deacons, priests, and bishops. We need to help one another grow in holiness and in the courage and strength needed for our mission.

Indispensable in our lives is devotion to the Blessed Virgin Mary. She accompanies us whenever we pray, for she seeks to bring forth Christ in us. She "who heard the word of God and kept it" (Lk 11:28), prays that we too will hear and abide by the Word we are to preach. Just as from the Cross Jesus entrusted his Mother Mary to John the Beloved, so too Jesus entrusts Mary to us as our spiritual Mother. May she, who witnessed the outpouring of the Holy Spirit at Pentecost, pray for a fresh outpouring of the Spirit upon us and our co-workers.

As our prayer life grows apace, some things previously shrouded become clear. One of them is our tendency—yours and mine—to overthink and overcomplicate evangelization. Perhaps we spill too much ink in describing what it is and how it should be done. As a result, evangelization may loom so large that we mistakenly conclude that it is out of reach, or is best left to younger clergy, or put solely in the hands of lay staff. However, as we grow in friendship with Jesus and as we open our hearts to the Holy Spirit, we may discern a call to use our time and energy differently, devoting less time to internal meetings and the details of administration while devoting more time to person-to-person contact with parishioners.[5] This includes those who practice regularly and those who come only periodically as well as those who seem to have left forever.

---

[5] As simple as these principles are, all of us, myself included, experience a need for ongoing formation so that we might be equipped for the ministry of evangelization. Many resources are available, but I would like to point out a newly developed resource that I believe will be especially helpful. In recent days, Notre Dame University has released its long-awaited "Bishop John D'Arcy Program in Priestly Renewal," a high quality, online resource for the spiritual and professional development and renewal of parish priests and their co-workers. This program is free and is designed for individual use or in small groups. In the near future, I will offer more information on this important resource.

For example, during this pandemic, some parishes set up phone trees with the goal of contacting each parishioner personally. In most instances, it was a joint project of parish priest, staff, and lay volunteers. The content of those conversations was simple: "How are you? What can we do to help? Anything you'd like to share?" When I was growing up, the pastor or associate pastor visited the homes of parishioners every year. Those visits lasted perhaps half an hour, but they made a deep impression on me. More than once, the parish priests asked me if I wanted to become a priest. Mom and Dad felt supported in their responsibility to care for my older brother with special needs. They used to talk about how blessed they were to have priests who knew them personally and cared for them.

Somewhere along the way, the practice of visiting the homes of parishioners seems to have largely fallen out of favor, perhaps because it is hard to find people at home or because there are fewer clergy than previously was the case. Yet, would it not be a wonderful thing if, every year, every parishioner—active or inactive—received a personal call or perhaps an invitation to a Zoom meeting? Indeed, the more we stay in touch with parishioners and communicate with them personally, the more likely it is that they remain or become active in the life and mission of the parish. True enough, in making personal contacts, some may give us an earful or otherwise rebuff our efforts. That is why we need a healthy life of prayer and that is why we need to support one another.

## Four Scriptural Qualities of An Evangelist

### Boldness (*parresia*)
is a confidence born of the Holy Spirit in the message we are to proclaim, a confidence that makes us fearless in our proclamation, whether it is in season or out, convenient or inconvenient (cf. 2 Tim 4:2; Acts 4:29; 9:28; 13:46; 14:3).

### Urgency
is a deep spiritual awareness that we are responding to the Lord's mandate to preach the Gospel, a Gospel that is urgently needed by people today. As St. Paul said, "*Caritas Christi urget nos*" (2 Cor 5:14).

### Communion with the Church
is a deep and abiding awareness that we do not minister as independent agents but rather as those charged with building up the Body of Christ (Eph 4:12).

### Joy
is a fruit of the Holy Spirit that flows from our faith and confidence in the Risen Lord and the message he has entrusted to us. Recall how the first followers of Christ rejoiced to suffer for the Name (Acts 5:41).
Recall also St. Paul's encouragement, "Rejoice in the Lord always, again I say, rejoice" (Phil 4:4).

One of the chief responsibilities of a pastor is to form a cohesive, mission-driven team of co-workers. I am very grateful to you, the dedicated women and men, members of the laity and those in consecrated life, who serve on parish staffs as evangelizers, catechists, educators, ministers of charity and justice, and so much more. Whether your parish team is large or small, paid or volunteer, you play a critical role in the fulfillment of the parish mission. This reality was especially evident over the last ten months, when so many of you developed virtual ministry opportunities and quickly learned new skills to livestream Masses for parishioners under stay-at-home orders.

As you know, one hallmark of parish renewal is a healthy and functioning leadership team. Under the direction of the pastor, these teams collaborate in the never-ending work of helping to create vibrant parish communities of faith, worship, and service. In such teams, collaboration must be the byword. There is no room for "silos" or exclusive competencies. Instead of a "team of rivals,"[6] we need to be "a team of missionary disciples," animated by a shared love of Christ Jesus, a love which in turn we share with each individual parishioner. That same love expresses itself in a shared and passionate desire to create parish communities that are both evangelized and evangelizing. In this way, the ongoing pastoral planning process bears the good and lasting fruit of the Gospel (cf. Jn 15:16). I know many parishes have already embraced this collaborative model of parish ministry and are working toward forming and strengthening these teams.

The glue that holds these teams together and gives strength for mission is also prayer, both on the part of individuals and on the part of the team itself. What I have said about priestly prayer and spirituality applies, *mutatis mutandis*, to you, dear friends, the religious and laypersons who are an essential part of parish leadership. Through daily and sustained prayer and the sacraments, the light of the Gospel shines in and through you, my co-workers in the vineyard, as you bear united witness to the truth and love of Jesus in our midst. I earnestly urge you, as I must daily urge myself, to set aside critical time for prayer, Scripture reading, Eucharistic adoration, and Marian devotions. Your prayerfulness has a tremendous impact on how you fulfill your ministry and influences the many

---

[6] Cf. Doris Kearns Goodwin, Team of Rivals, (2005) New York: Simon & Schuster. This interesting book describes Lincoln's leadership style. In short, Lincoln brought into his cabinet those who were formerly his political rivals.

people you so generously serve. And, to paraphrase Father Peyton, "A parish team that prays together, stays together!"

Readily available tools exist to help both the Archdiocese and its parishes to be formed for the ministry of evangelization. Among them is the new *Directory for Catechesis*, prepared by the Pontifical Council for Evangelization. It seeks to close the gap between evangelization and catechesis (cf. *infra*, footnote 7) and helps parish leaders to grasp more profoundly the vision of evangelization in Pope Francis' seminal encyclical, *The Joy of the Gospel*, upon which LBV was based. Indeed, this new *Directory* takes up many of the themes found in LBV, including evangelization as the basis for all ministry, the need to move beyond "business as usual," the art of accompaniment, missionary conversion, and the crucial role of the RCIA process.

# The Three C's of Pastoral Planning



## Communication
The need to communicate continuously and effectively with the people we serve is crucial. Communication is, of course, a two-way street. Lack of communication breeds misunderstanding and ill will.



## Consultation
We need to consult the people we serve, ask their opinions, survey them, and "take their temperature"—even if it is not possible to meet every expectation.



## Collaboration
The more we work together in harmony and with a shared sense of purpose, the more effectively the Lord's mission will be fulfilled.

As I mentioned earlier, too often, the task of evangelization is left to the so-called experts, but the authentic renewal of our parishes demands the engagement of every layperson. In 2012, building on the theology of the Second Vatican Council, Pope Benedict XVI made an extraordinary statement: "Co-responsibility demands a change in mindset especially concerning the role of lay people in the Church. They should not be regarded as "collaborators" of the clergy, but, rather, as people who are really "co-responsible" for the Church's being and acting."[7] Much can be made of this point, both practically and theologically,[8] but the central point is that the laity, precisely as the laity, play a unique and irreplaceable role in the life and mission of the Church. Far from passive recipients of the sacraments, the laity are baptized and sent into the world as priests, prophets, and kings.[9] Thus, every member of the Church is to welcome the light of Christ and to radiate that light in every circumstance.[10]

What is more, an honest assessment of the Church today will find that some of the most effective evangelization efforts are lay-led and operate beyond officially sponsored church ministries. Such ministries, however, do not operate in a vacuum, but rather seek to engage parish communities to help them become more vibrant by cherishing and making use of the specific gifts of each layperson.[11] Whether or not any given parish participates in such efforts, every parish should create an environment of support that invites parishioners to discern their gifts and to put them generously at the service of the Church. So too, we should be tireless in encouraging person-to-person, evangelization efforts.[12] In these ways, we become co-responsible for the Church's mission of evangelization.

---

[7] Message of His Holiness Pope Benedict XVI on the Occasion of the Sixth Ordinary Assembly of the International Forum of Catholic Action, http://www.vatican.va/content/benedict-xvi/en/messages/pont-messages/2012/documents/hf_ben-xvi_mes_20120810_fiac.html

[8] The McGrath Institute at the University of Notre Dame offered an excellent series of lectures pondering this phrase and the meaning for the "Co-Responsibility" for the Church today. It is well worth reviewing: https://mcgrath.nd.edu/conferences/academic-pastoral/called-co-responsible-summer-seminars-for-church-life-renewal

[9] This triad—prophet, priest, and king—describes the common priesthood of the faithful bestowed through Baptism. As priests, we, the members of the Church are to offer our lives to God as a sacrifice of praise, to foster holiness, and build bridges of faith, hope, and love. As prophets, we are to listen attentively to the Word of God and then to bear witness to it in our daily lives. As kings, we are, through God's grace to attain a royal self-mastery that frees us for a life of service to others.

[10] Recall that Pope Francis teaches: "The whole community proclaims the Gospel." Cf. *Evangelii Gaudium*, Nos. 111 ff.

[11] Though not exclusively for the laity, the Catherine of Siena Institute has done a good deal of work on facilitating discernment of gifts through its "Called & Gifted" Discernment Process. www.siena.org/called-gifted

[12] Pope Francis, *Evangelii Gaudium*, Nos. 127, ff.

23

A concrete example of such co-responsibility is the recently re-established Archdiocesan Pastoral Council, with representatives from around the Archdiocese, and upon whom I rely for continued guidance. Further, as I travel around the Archdiocese, it is clear to me that the Holy Spirit is generous in distributing spiritual gifts among our parishioners. At the same time, we need to have the boldness to beg the Spirit for a continued outpouring of gifts and for the wisdom to employ them well and wisely. Much work remains to be done but let us be clear: it is only in the communion with Christ and one another (*koinonia*) that the work of evangelizing is accomplished.

*Further Dimensions of Parish Ministry*

As we enter more deeply into this pastoral planning process, newly emerging imperatives in our mission have come more clearly into focus. Among these are: 1) the importance of sound evangelization and catechesis; 2) the need to combat racism; 3) the growth of the Latino community in our midst; 4) the need to evangelize younger Catholics and disaffected Catholics; 5) the practice of a charity that bears witness to Christ.

First, I want to highlight the importance of sound evangelization and catechesis. In light of the new *Directory for Catechesis* and other documents from the magisterium of Pope Francis, it is time we take a good look at our parish programs of faith formation, including preparation for the Sacraments of Initiation, and other forms of evangelization and catechesis. Despite our best efforts, in many instances, we have catechized but not effectively evangelized the faithful. Evangelization and catechesis are both essential and interconnected but distinct.[13] We should not hesitate to ask which approaches are effective and which are not. Instead of watering down our message and our teaching, let us consider how we can present a more ample picture of the truth and beauty of the Church's faith, worship, and service to our young people, to their parents, and to young adults. We need to ask how many of those who receive First Penance and First Holy Communion and Confirmation actually continue to practice their faith. Relying on God's grace poured out upon us in prayer, we need to tap into the best practices and resources available to help us minister as effectively as possible to the families and young people entrusted to our care.

---

[13] Evangelization is the proclamation of the *kerygma*, the initial proclamation of Christ—his life, teaching, death, and resurrection—by word and by the testimony of one's life, just as Christ commanded us (CCC, No. 905). Catechesis is educating children, young people, and adults in the faith, especially through the teaching of Christian doctrine, usually in a systematic way. The goal is to help them embrace the faith in its fullness (CCC, No. 5). In a sense, evangelization and catechesis are two sides of one coin.

In this connection, let me add a word about the Rite of Christian Initiation of Adults. Each year, a goodly number of adults enter the Church. Some are catechumens, unbaptized men and women seeking to become one with Christ and one the Church. Others are already baptized but are seeking full communion with the Church. While we rejoice that they present themselves for initiation, we are also concerned that many, seemingly, do not persevere in the faith. This raises the question of whether they are truly evangelized and catechized, and what sort of follow up (mystagogy) is provided for them. We have only to think of the lengths to which companies go to keep their newfound customers to get some idea of how challenging it is to retain those whom we have initiated.



**Mystagogy** is the fourth period of the Rite of Christian Initiation of Adults (RCIA) where the newly baptized reflect on the ritual process and all that they have seen, heard, and experienced. Given that RCIA is the model of all catechesis, mystagogy should be a part of all Christian formation (cf. New Directory for Catechesis, 61-74 and Instruction on Pastoral Conversion, 23).

While we are on the subject of Christian formation, I would like to add a word about the role our Catholic schools play in evangelizing and catechizing young people and their families. Our Catholic schools play an indispensable role in helping parents to bring their children up in the faith; indeed, our schools serve as partners with parents in fulfilling their responsibility as "the first teachers of their children in the ways of faith" (Rite of Baptism). Yet, the schools face ever-greater challenges in this regard. Some parents send their children to Catholic schools but do not bring them to Mass on Sunday, nor do they reinforce at home the faith that is taught in school. Further, a goodly number of the children whom we educate are not Catholic, and while we ought not proselytize, they too should have an opportunity to encounter the light of Christ during their education. There is also a need for an ever-stronger partnership of parishes and schools to reach out to all the school parents. Together, we need to do our best to evangelize and catechize them, to help them see that it is in their best interests and the best interests of their children, to make their homes sanctuaries of love and life, places of prayer. As noted earlier, it is in our homes where young people are formed in the faith and in the virtues that will shape their futures, in this world and in the next.

Second, if we truly hope to evangelize, that is, to extend the Gospel message to every person within our parishes, then we must cleanse our communities of every vestige of racism. This is something we must do, not because it is in vogue or because there has been unrest in our streets, but rather, because Jesus Christ has revealed the inviolable dignity of each person and he calls us to foster the common good both in our Church and in the wider society.

The Archdiocese has taken a number of steps in this regard. Two years ago, I issued a pastoral letter titled *Journey to Racial Justice*. That letter outlined steps which we, as an Archdiocese, need to take in coming to terms with the Church's involvement in slavery and Jim Crow, and with the latent racism that persists in our midst even to this day. Often, racist attitudes lodge themselves in our minds and hearts without our being fully aware of them. Now is the time for us to dislodge those attitudes so that we might reflect more fully the light and love of our Savior and exemplify the racial justice we wish to see in the civic community.

With that in mind, I assembled a Racial Justice Working Group that is developing a strategic plan to root out racism, a plan that hinges on the authentic conversion of our hearts as individuals and as a Church community. Currently, the Working Group is making proposals to the Archdiocese and to our parish communities concerning changes in policies and practices that will enable the Church better to reflect its teaching on human dignity and the common good. I wish to offer a word of thanks to the members of the Working Group and also to Black Catholics throughout the Archdiocese for sharing your gifts, your culture, and indeed, for challenging this local church to do better.



# READ
## THE JOURNEY TO RACIAL JUSTICE
*– Repentance, Healing, and Action –*

**www.archbalt.org/racismpastoral19**

Gray, Peter Wm. 2018. *The Risen Christ with the Children of the World.*

Among the many lessons already learned is this: even though our parish communities tend to be diverse, we should not take it for granted that everyone feels welcome. In the next section of this pastoral letter, I will revisit the core mission priority of hospitality. If a parish takes radical hospitality seriously, then it will leave no room for any form of racial discrimination and will make it abundantly clear that people of every race and ethnic origin are truly welcome and invited to participate fully in parish activities and ministries.

A third phenomenon is the rapid growth of Latino communities. The Archdiocese of Baltimore has a rich history of different cultural expressions of Catholicism, and our Hispanic sisters and brothers are no exception. In almost every sector of the Archdiocese, the number of Latino Catholics is increasing rapidly. Parishes that historically did not have substantial numbers of Latinos could well find that this has changed. Accordingly, more and more parishes will need to welcome our brothers and sisters in Christ as a part of the community by providing, to the extent possible, a robust Hispanic ministry. This is more than offering Holy Mass in Spanish. It also entails offering other services and ministries in Spanish and in a manner that respects the unique gifts that the Hispanic cultures bring to our local Church. Here I want to offer a special word of encouragement and thanks to my Latino brothers and sisters in the faith. Your increasing presence and your spiritual gifts are a great blessing that strengthens the life of the whole Archdiocese.

A fourth and very important dimension of parish missionary activity is outreach to disaffected Catholics, as well as to Millennials and Gen Z Catholics. Sadly, a majority of baptized Catholics no longer practice the faith with regularity. Indeed, numerous studies published by the Center for Applied Research in the Apostolate (CARA) and the Pew Research Center make for depressing reading. Mention has already been made of reasons for disaffection among many Catholics, including scandalous behavior on the part of Church leaders and confusion about the Church's teachings and mission. Other Catholics stopped practicing because their faith was not deeply rooted or because of the pull of the culture or because of simple ennui. Surprisingly, however, more than a few of these Catholics are simply waiting for an invitation to return, to "come and see" (Jn 1:39). Others may find the personal witness of fellow lay Catholics convincing. Still others may simply want a friendly, non-defensive hearing of their difficulties and complaints. This is hard work, and it requires teamwork on the part of clergy and laity, coupled with persevering prayer.

27

There is much to say about attracting Millennials and Gen Z Catholics to the faith. Many of these Catholics grew up in households where the practice of the faith was tenuous at best. Yet I also speak with many parents who certainly did their best and anxiously pray for and await their child's return to Church. Unfortunately, many young people came of age in a culture and a secular educational system that sometimes ignores or misrepresents the Church's history, teaching, and cultural contributions. Further, younger generations came of age in a culture that, in many respects, is not open to the value of religious faith. That said, however, it would be a mistake to underestimate the openness of young people to authenticity or their search for meaning or their desire to make a difference in society. Put another way, there is more common ground between the Church and today's youth than often may be thought. We need to find and establish this common ground and tap into the gifts God has entrusted to younger generations.[14]

This requires that we pay close attention to the young people who still frequent our parishes. As Pope Francis said, "A Church always on the defensive, which loses her humility and stops listening to others, which leaves no room for questions, loses her youth and turns into a museum."[15] We need to build up bonds of trust and offer faith-formation opportunities, coupled with outlets to serve the poor and vulnerable. Along the way, we need to facilitate ongoing conversion and moments to encounter the Lord Jesus. We also need to equip young adults to bear witness to other young people to Christ, "the power and wisdom of God" (1 Cor 1:24) and to the truth and goodness of the faith. Put simply, my young adult readers, we are listening and desire to walk together on this path toward the full beauty of the Church's life of worship.

Let me mention a further imperative, namely, the engagement of each parish community in various forms of hands-on charitable ministry to the sick, the impoverished, and the vulnerable.[16] Many, if not most, parishes already engage in such ministries of love and service. Others collaborate with Catholic Charities of Baltimore in its extensive programs of charitable and social services. During the current pandemic, various parishes have found ways to step up such ministries. For a moment, however, let us focus on their significance. In Matthew 25, Jesus

---

[14] The Catholic Apostolate Center has created "Apostles on Mission," a fine resource for enacting Pope Francis' call to accompaniment and it is particularly well suited for ministry with young adults. www.apostlesonmission.org

[15] Pope Francis, *Christus Vivit*, No. 41.

[16] Pope Benedict XVI, Deus Caritas Est, No. 25: "The Church's deepest nature is expressed in her three-fold responsibility: of proclaiming the Word of God (*kerygma-martyria*), celebrating the sacraments (*leitourgia*), and exercising the ministry of charity (*diakonia*)."

28

reminds us that what we do for "the least of these," we do for him. Jesus has identified himself with those whom the world so often disregards. Further, Pope Francis has lifted up for the whole Church the figure of the Good Samaritan.[17] He has taught us to see Jesus as *the* Good Samaritan who stops on the road of life to tend to those in need. From these two vantage points, we can thus see that as parish communities perform ministries of charity and service on behalf of those in need, these communities are indeed bearing witness to Christ. Thus did St. John Paul II speak of "a charity that evangelizes," a charity that bears witness to our belief in Christ.[18]

Before I conclude this section, let me add a further observation. If a parish is "a family of families" (as observed above), then the Archdiocese is a family of parishes. The point I want to emphasize here is the same one that the Second Vatican Council stressed, namely, the Church is a communion.[19] In the rough and tumble of parish life, it can be easy for a parish team to become competitive – *vis à vis* neighboring parishes and indeed the Archdiocese as such and vice-versa. Yet, only when we work together as a local church does the mission of evangelization truly succeed. For the very nature of the Church is to be a communion of persons rooted in the communion that is the Trinity.[20] This means that we need to eliminate, as much as God's grace makes possible, the "us-against-them" mentality that saps so much energy that, otherwise, we should use for mission. Especially in these challenging days, we need constantly to beseech the Holy Spirit to make us "one body, one spirit in Christ" (Eucharistic Prayer III)—a communion of life and love through which the light of Christ shines brightly, not just here or there, but throughout the City of Baltimore and the nine counties of Maryland that comprise the Archdiocese. What's more, as the light of Christ shines brightly in our Archdiocese, we strengthen the Church universal of which the Archdiocese is a uniquely local incarnation.[21]

*New Evangelization Institute*

It is for all these dimensions and more that I have decided to create an Institute for Evangelization. Far from a collection of ministries – as important as they all may be – this Institute will exist fundamentally to enliven the evangelizing

---

[17] Cf. Pope Francis, *Fratelli Tutti*, Chapter Two, "A Stranger on the Road"; *Samaritanus Bonus*, (On the Care of the Critically and Terminally Ill), Congregation for the Doctrine of the Faith ( July 2020).

[18] St. John Paul II, *Ecclesia in Europa*, No. 83. Archbishop William Lori, Homily on the Feast of the Nativity of St. John the Baptist, 2014: "Service to others, sincere and generous charity, a personal touch, affirming the dignity of those who suffer—this is a powerful way of saying, 'Behold the Lamb of God!'"

[19] Cf. Cardinal Joseph Ratzinger, *Letter to The Bishops of The Catholic Church on Some Aspects of The Church Understood as Communion*, 1992.

[20] Second Vatican Council, *Lumen Gentium*, No. 4.

[21] Second Vatican Council, *Lumen Gentium*, No. 23.

work of the local Church. Evangelization is about relationships and relationship-building will be precisely the Institute's work. To this end, the Institute will consist of four components: Emmaus Teams; the Office of Family, Youth, and Young Adult Ministry; the Office of Divine Worship; and the Office of Life, Justice and Peace. The concept of the "Emmaus Teams" is quite novel but not without Biblical foundations. The episode of the disciples on the road to Emmaus has for many become the model of accompaniment and with good reason.



The Lord comes into their midst and walks together with them (cf. Lk 24:13-35), and the Lord doesn't send us out to do this work alone, he sends us two-by-two. (Cf. Mk 6:7; Lk 10:1) This "team" will then operate as a team of teams, each one consisting of a coach who specializes in organizational health and another who will have a great expertise in the art of evangelization. Each pastorate will have an Emmaus Team readily available to support its evangelizing efforts and strengthen their leadership team. The other offices will work closely with the Emmaus Teams to ensure their work and offerings are always at the support of the pastorates. The Family Ministry Office will identify the best manner to support all families, especially working to close any perceived or real gaps between parishes and schools that operate on the same campuses. The Office of Divine Worship will reinforce our continued commitment to the priority of vibrant liturgies. Lastly, the Office of Life, Justice and Peace will bring together ministries that support the Church's efforts to realize the common good. Specifically, this office will focus on efforts that are best supported Archdiocesan-wide, everything from post-abortion healing retreats, to ministry to those imprisoned, to Camp GLOW, all the while working in close collaboration with Catholic Charities, Catholic Relief Services and the Maryland Catholic Conference to engage parishioners and pastorates in these efforts.

# V. The Core Mission Priorities Revisited

*"He has won us for himself … and you must proclaim what he has done for you. He has called you out of darkness into his own wonderful light."*

(CF. 1 PT 2:9)



32

These foregoing considerations lead me now to consider anew the core mission priorities. While these priorities flowed from LBV, they actually took shape as the pastoral planning process got underway. They offer a vision for what a pastorate is like that is undergoing an authentic "missionary conversion."[22] To some, these priorities may seem to be just a selection of random qualities that some people would like to see in their parishes. Others may see them as abstract and difficult to put into practice. Actually, they are guideposts to help parishes create that familial atmosphere that is so conducive to a faith and worship that issue forth in service to those in need and in missionary activity. Here, too, we should not overthink these priorities or make them more complicated than they really are. They are simply characteristics of a parish that is alive and well. They describe pastoral goals that, in some cases, transform how any given parish might conduct its various ministries. These priorities require clergy and laity together to engage in ongoing discernment as to how they might shine forth in the diverse parish communities of this Archdiocese.



Reflect on the core mission priorities and how to more fully embrace them in your local pastorate.
**www.bemissionarydisciples.org /planning /core-mission-priorities**

First is the *celebration of the liturgy*, especially the Eucharistic liturgy. The Eucharist is the heart of every parish. In proclaiming the Word, in entering into Jesus' sacrifice of love, his death and resurrection, and in receiving the Body and Blood of the Savior, given for us, parish communities are bound together in mutual and self-giving love. Elsewhere the liturgy is described as "the sun in the sky" without which the vine, that is, the Church, "cannot take root, grow, or bear fruit." How the liturgy is celebrated in our parishes matters a great deal. For most Catholics, Sunday Mass is *the* point of contact with the Church. Thoughtful preaching, beautiful liturgical music, reverence for the Body and Blood of the Lord, and reverence for one another attract and impact God's People. Each parish

---

[22] Pope Francis, Evangelii Gaudium, Nos. 25-33.

needs to undergo a liturgical examination of conscience, understanding that what may have seemed contemporary or relevant years ago, may now have become threadbare or even meaningless to people today. Does our celebration of the liturgy help to form, make, and send forth missionary disciples? Does it help our people to live the Christian life? Does it lift them up from the concerns of daily life and help them participate in the timeless liturgy of heaven? Does it make people want to return week after week?

The second priority is *welcome or hospitality*. Those who come to our parishes should receive a very warm welcome. Not only should parishes be warm and friendly places, but they should also nurture a culture of hospitality that welcomes newcomers and established parishioners alike. Parish hospitality might begin with a simple handshake at the door of the church or a cup of coffee in the hall but must extend to knowing the names of parishioners, knowing something about them, and an openness to their pastoral gifts and needs. Every "closed circle" in parish life needs to be opened; that is, those who perform various ministries and functions and those in leadership should be open to fellow parishioners or new parishioners who wish to become involved. The culture of hospitality should also extend to those who are finding their way back to church. Just as Jesus "came to call sinners," we also need to welcome one another in the reconciling love that he has lavished upon us. Indeed, we should not underestimate how hard it is for those who have been away to return. Some think that they will be scolded, when and if they show up, while others believe that, when they left, no one missed them. Thus, the importance of contacting all parishioners, active and inactive, simply as an outreach, simply to let them know that they are welcome, simply to ask them what they may need. We must ensure that every person is welcome, giving special care to our sisters and brothers with disabilities and special needs. Furthermore, a truly hospitable parish seeks to eliminate racism and xenophobia, even in their most subtle forms. Hospitality demands that we recognize that we are all brothers and sisters in Christ, the Incarnate Son of God. Through genuine hospitality, then, the light of Christ will shine more brightly in and through the parish community.

The third pastoral priority is *encounter*. Pope Benedict XVI once said, "… (B)eing a Christian is not the result of an ethical choice or a lofty idea, but the encounter with an event, a person, which gives life a new horizon and a definitive direction."[23] More than

---

[23] Pope Benedict XVI, Deus Caritas Est, No. 1.

34

once, Pope Francis has repeated this seminal truth as he urges you and me to open our hearts in loving encounter with the Lord Jesus Christ. Put another way, Christ cannot remain for us a distant figure of history. Rather, he is alive, he is present to us, and he is the lover of our souls, the light shining brightly at the core of our being. Through the overshadowing of the Holy Spirit, our parishes must be those graced venues of encounter. Every facet of parish life must aim toward enabling every member of the parish to open their hearts to the Savior and to becoming deeply aware of the Savior's personal love for them and for their families. Once we have encountered the living presence of the Lord in the power of the Holy Spirit, everything about our faith comes alive—God's Word, the celebration of the liturgy and the sacraments, the Church's moral teaching, the art of praying well, and loving service to those in need. When a critical mass of parishioners has encountered Christ and are renewed in his love, then the parish is transformed, as it were, from the inside out.

Fourth is *accompaniment*, a word that comes from the "pastoral lexicon" of Pope Francis. It is not hard to understand. If you have ever had to go to a difficult meeting, you surely appreciate it when a friend offers to accompany you. Or if you find yourself in the hospital, what a comfort it is when a friend comes to be with you, not to talk all day or to conduct business, but just to be with you. We are on a difficult journey these days, exacerbated by COVID-19, but also by a host of societal factors, such as economic stresses, challenges in rearing children, violence in neighborhoods, and so forth. As a church community, we should make sure that we are walking with one another, helping one another along the bumpy road of life, making sure that we leave no neighbor behind. Thus, accompaniment means that, as missionary disciples, we help one another—peer to peer—to grow spiritually and to live the Gospel more fully, through prayer, sacrament, faith formation[24], and friendship. One important way to do this is by participating in small faith-sharing groups. Companions on the journey build up trust and support one another as they pray together, reflect on the Scriptures, and speak about the graces and challenges they experience as the Lord's disciples and as members of his Church.

Fifth is *sending forth*. Pope Francis reminds us that parishes should be centers of intense missionary activity. Far from being self-contained and self-satisfied communities, parishes should constantly be reaching out not only to

---

[24] Cf. *General Directory for Catechesis*, No. 59; *Directory for Catechesis*, No. 77: "Catechesis for adults, since it deals with persons who are capable of an adherence that is fully responsible, must be considered the chief form of catechesis. All the other forms, which are indeed always necessary, are in some way oriented to it."

35

parishioners who currently practice the faith but also to those who, for whatever reason, stay away. So too (as noted above), the parish needs to be involved in the social and charitable needs of the broader community. Yet, good intentions are insufficient. Parishioners must be *convinced of and committed to* the missionary impulse of the Church and our need to go out to "the ends of the Earth" (Acts 1:8). This means that a parish must be comprised of "missionary disciples"— followers of Christ and members of His Body, the Church, who are equipped to engage in personal witness, service, friendship, and invitations to "come and see" (Jn 1:39).

Lastly is *mission support*. Elsewhere, mission support is described as the "trellis" which supports the fruitful vine that every parish should be. It refers to everything necessary to support the mission of the parish—finances, human resources, development, buildings, communications, and more. Unfortunately, in times of economic stress, mission support can become consuming, as if it were an end in itself. Experience teaches, however, that when the mission proceeds well, wisely, and generously, parish support often increases. One of the more difficult duties of parish leadership is to ask parishioners to sustain and increase their support. Yet, when such requests relate directly and accountably to the mission and vitality of the parish community, the response tends to be more generous.

# VI. Lessons Learned Thus Far

*"Jesus spoke to them again, saying, 'I am the light of the world. Whoever follows me will not walk in darkness but will have the light of life.'"*

(Jn 8:12)



37

Since the publication of LBV, I can report that a lot of hard work and a goodly measure of progress have taken place. It was decided that the pastoral planning process would unfold in three phases. Parishes were grouped in each phase according to their readiness and, in some cases, in view of clergy retirements and other personnel changes. After careful study, determinations were made of which parish communities would be joined together with others in pastorates under the leadership of one pastor and which would remain as "stand-alone" parishes. A cohort of pilot parishes was selected and gradually a process for helping pastors and parish leadership undergo the pastorate planning process was developed, largely with input from the pastors and parishes themselves. It was admittedly a process of trial and error and there is still much to learn.

Among the lessons learned is the value of cohorts of pastors and diverse pastorates coming together for prayer, reflection, and dialogue. At the outset, it may have seemed as if pastorate planning is a controversial and lonely exercise, an endless and thankless work for a pastor and his co-workers. However, as pastors and their teams began to discuss among themselves both their challenges and prospects, they experienced mutual support and gained insight from one another. While our parish communities are diverse, there is, nonetheless, plenty of common ground. Thus, the shape and content of these sessions developed and improved over time, due to experience and the feedback of the participants. While still a work in progress, these sessions are an important resource for pastorate planning in the years ahead.

Another lesson learned from our experience thus far is the importance of facilitated discussions in each of the pastorates. Understandably, pastoral planning is the source of some anxiety in parish communities, particularly if two heretofore separate parishes merge or if a parish worship site is closed. Facilitation enables parish leadership, both clerical and lay, as well as parishioners to express their views in a calm and orderly way. It also sets the conditions for taking in new information and insights about the present condition of parishes and about prospects for the future. Furthermore, these discussions help to ease the challenge of bringing together diverse parish communities that, in the years ahead, will be worshipping and working as one.

At the same time, it has become apparent that there needs to be greater engagement between parishes and the services offered by the Department of Evangelization, specifically in those component parts of parish life that relate to the six core mission priorities. Perhaps even more importantly, the need for ongoing formation and closer accompaniment in the pastorate planning process has emerged. Already I have mentioned a number of newly available resources, but more than resources are necessary. Rather, both pastorates and the newly forming evangelization teams must walk together, sharing the gifts of the Holy Spirit, being confirmed in the kerygma, and renewed in missionary zeal.

Another—and very important—factor in parish planning relates to priest-personnel issues. Understandably, some pastors who are of retirement age may be reluctant to begin the pastoral planning process. At other times, pastorate planning becomes urgent, especially when a priest unexpectedly dies or experiences a decline in health. While we are blessed with a goodly number of seminarians (54 as of this writing) and an increased presence of religious congregations in the parishes of the Archdiocese, nonetheless, our capacity to staff parishes with priests is stretched thin and many of our priests are doing double or even triple duty. I wish to acknowledge and thank my brother priests for their generosity and goodness, including many retired priests who continue to assist in parishes throughout the Archdiocese.

Yet another facet of pastoral planning is the importance of good data. This includes overall demographic information about the area covered by each pastorate as well as accurate parish census, financial, and facilities data. Permit me a word about each of these.

- **Demographic data:** Sadly, some areas of the Archdiocese have de-populated, usually due to deteriorating neighborhoods or the lack of economic and employment opportunities. Nonetheless, people continue to live in such neighborhoods and it is important that we endeavor to leave no one behind. Other areas of the Archdiocese are growing rapidly as new homes spring up in the counties and as areas of the City of Baltimore experience sustained growth. It is important that, where such growth has occurred, parishes make inroads with residents as they move into these newly developed or re-developed neighborhoods.

- **Parish census data:** It is vital that we not only know how many parishioners there are but we need to know *who* they are.[25]

- **Sound financial data:** This must be coupled with a realistic sense of each parish's capacity to meet its obligations.

- **The condition of parish buildings:** While the pastoral planning process is not *per se* about buildings, nonetheless, we cannot fail to take into account that some structures have outlived their usefulness and in fact have become something of a financial liability for parishes.

In addition to the pilot cohorts, three other cohorts of parishes have entered into the parish planning process. Progress has thus been slow but steady. As noted above, priest personnel issues and other factors have occasioned some delays, but now is the time for us to reinvigorate pastoral planning with renewed purpose. I would very much like to see more parishes enter into the process and I am confident that the new Institute for Evangelization will continue to improve and support this process for parishes.

---

[25] Until now, most parishes have used an older platform known as ParishSOFT. After consultation, however, and after a trial period involving some 10 parishes, the Archdiocese is moving to a new platform known as Ministry Platform, a contemporary, cloud-based software that enables parishes better to track registered families, to update records more easily, and to record donations more accurately. What's more, Ministry Platform "communicates" with other parish systems, notably with QuickBooks as well as with other parish communications systems, such as email and text messaging.

# VII. Shadows and Lights

*"For God who said, 'Let light shine out of darkness,' has shone in our hearts to bring to light the glory of God on the face of Jesus Christ."*

*(2 Cor 4:6)*



41

As parish communities diligently undertake this work of pastoral planning, we are also contending with the lingering and deepening shadows—internal and external challenges that impede the Church's mission. Yet, even amid these challenges, we perceive with the eyes of faith "the first streaks of dawn" (2 Pt 1:20) as the light of Christ dawns upon us anew. For as Jesus said, "I am the light of the world. Whoever follows me will have the light of life" (Jn 8:12). In that spirit of faith, then, let us consider some of the shadows and lights the Church is experiencing in these days.

First, the COVID-19 crisis has cast a long and lingering shadow over the whole world and upon each of our local communities. This global pandemic has taken a heavy toll of human life, left many others seriously ill, and has radically disrupted how we live, work, and worship. By now, we are all very familiar with the restrictions on the number of people who can attend Mass and the safety precautions that are in place. As a result, Mass attendance—already declining prior to the pandemic—has suffered a further decline. Nonetheless, the light of Christ continues to shine in our midst. For, in spite of severe challenges, parish leadership has stepped up to the plate. Across the Archdiocese, parishes implemented safety directives and found new ways to reach out to parishioners, especially through the livestreaming of Masses, convening parish meetings and listening sessions on Zoom, phone trees, outreach to the sick and dying, Confessions in parking lots, even "drive-by" Eucharistic adoration, and much more. I take this opportunity to thank my co-workers in the vineyard for your arduous labors throughout the challenging year of 2020 and beyond.

Echoing Pope Francis, I would add that this pandemic, terrible as it is, nonetheless represents a unique opportunity to re-evaluate our "customs, ways of doing things, times and schedules, language, and structures," so that "they can be suitably channeled for the evangelization of today's world."[26] Indeed, we must be wary of our inclination to get back to the way things were prior to the pandemic. Rather, we must recognize that some parish activities and programs are no longer evangelizing or fruitful. Thus, we must use this opportunity as a moment of "pastoral conversion"—to use the language of Pope Francis—moving beyond "mere repetitive action that fails to have an impact upon people's concrete lives [and that] remains a sterile attempt at survival, which is usually welcomed by general indifference."[27] This, therefore, is not a time for nostalgia, a longing for

[26] Pope Francis, *Evangelii Gaudium*, No. 27.
[27] *Pastoral Conversion of the Parish Community in the Service of the Evangelizing Mission of the Church*, Congregation for the Clergy (July 2020), No. 17.

the "good old days," but rather a time for courageous outreach to everyone in our parish boundaries and those who have joined us online. Further, giving people hope in times of crisis is fundamental to our identity as Church. This is what Jesus offers us and this is what we, in turn, must offer to others in faithful witness to what we have received. As witnesses of the hope afforded us by the saving death and resurrection of Jesus, we must recognize that the world has changed, and we must discern among ourselves the evangelizing opportunities that this challenging moment presents to us. Already we have discovered new ways to connect with our people and already we recognize that many people have experienced a renewed Eucharistic hunger and a desire for community. Later on, I will describe ways we can do this through a further initiative, "Encountering Christ's Presence: A Year of the Eucharist," (cf., *infra*, "Where Do We Go from Here?") which aims to focus our evangelization ministries on the Eucharist, "the source and summit" of the Church's life.[28]

Second, over the past few decades, scandal has seriously beset the Church. Recently, the Vatican issued the "McCarrick Report" which detailed how an abusive priest climbed to the pinnacle of power in the Church before his fall from grace. The sexual abuse crisis has taken an immense toll on the Church's mission, including loss of trust and loss of membership and the widespread rejection of the Church's teaching on sexual morality. Yet, even in this most difficult matter, we must not fail to see in Christ's light and love the promise of a better day, especially for those who have been harmed by abusive clergy and by the inattention of Church leaders to their plight. Many efforts are underway to combat abuse and to reach out to victim-survivors. Here we must ask for the grace of perseverance. The Church must continue to do all in its power to prevent abuse, to address it effectively no matter when it occurred, and to reach out in compassion to all who suffer as the result of it. We must not shy away from talking about this issue honestly and we must be ready to explain how, for many decades, the Church has sought to address it.

Third is the need for Church reform, which is connected to the second point but far broader. As we move into the future, the Church must continue to combat clericalism and develop and implement new structures of accountability, whether for the behaviors of its representatives, or the use of resources, or the soundness of the formation offered to those who represent her, whether clergy or

---

[28] II Vatican Council, *Lumen Gentium*, No. 11.

laity. This is an ongoing challenge the Church must continually address for the sake of mission. With the help of God's grace, we need to remove all the obstacles that hinder Catholics and people of good will from embracing and living the faith.

Fourth, the Church finds itself in an increasingly secular cultural atmosphere that is indifferent or hostile to religious faith. An increasing number of people no longer believe in God or live as if God did not exist. As unbelief and antagonism to belief exert an ever-greater influence on the culture, the contributions of the Church's social teaching to law and policies and to the needs of society are less and less welcome. As a result, not only is the Church's influence on public life and opinion eroding, but also the Church's mission becomes more difficult. Let us, however, be of good cheer. The Apostles ministered in the pagan Roman Empire. Even when their efforts did not appear successful or they met up with persecution, they rejoiced and pressed forward, full of joy and enthusiasm. We need "to take a page out of their book," and the book I have in mind is the Acts of the Apostles!

Fifth, profound changes in how information and opinion are shared and processed sometimes seem to eclipse our efforts to evangelize. Technology is changing the categories in which people think and how they process information. For many, especially the young, the vocabulary of Scripture, Church teaching, and the Sacraments may now seem almost like a foreign language. Confident that no darkness can extinguish the light of Christ, we must continue to discern how best to evangelize. In doing so, we must not tear down the structure of the Church's teaching but rather build bridges to it, to help people of today to grasp its essential meaning. We must also appeal to the underlying humanity of those we evangelize, for amid the profound changes now underway, the need to love and to be loved remains constant, as is the need to believe in someone or something. Witness the yard signs that one often sees, signs that proclaim a kind of secular "credo." The point I want to make here is that, by nature, people have a need to believe, a need into which we must tap.

Sixth, the Church ministers in a deeply polarized society, a fact that was painfully clear in the last election. Such divisiveness, sadly, has found its way into the Church itself, as many people are more comfortable with their political views than the authentic teaching of the Church. Here too, however, we must perceive the light of Christ as we search for common ground wherever possible. As Pope

Francis wrote in *Fratelli Tutti*, "… (M)en and women are capable of coming up with shared goals that transcend their differences and can thus engage in a common endeavor."[29] With respect for people of good will, Church leadership must continually strive to engage in dialogue and to share the wisdom and love embodied in the Church's social teaching, a teaching that spans the political spectrum in the United States. Nor can we confine such efforts only to election cycles. Rather, we need to hand on and advocate for the Church's social teaching and its four foundational principles all the time, so that all God's People can absorb them and put them into practice. After all, it is principally the role of the laity to help create a society that is just, compassionate, and tranquil.

Thus, the whole Church has an important role to play in healing the divisions in society. To repeat, the Church's social teaching offers a coherent, non-partisan vision of public life that respects the dignity of each person and promotes the common good. The Church plays an important role in defending vulnerable human life and our fundamental freedoms. While we must acknowledge defects in our governmental structures and failures of our society to live up to its highest ideals, we should also be concerned to protect our God-given and constitutionally guaranteed freedoms such as religious freedom, freedom of assembly, and freedom of expression. We should not hesitate to allow the light of faith and reason to shine through us onto the larger society.

Let us not imagine, however, that there will ever come a time when all the answers to these and other challenges will be perfectly set in place. The barque of Peter will always experience the turbulence of the seas of culture and history, and there will always be a provisional quality to our efforts of reform and renewal. *As a result, we cannot wait until conditions are ideal before we put our shoulder to the wheel and give ourselves wholeheartedly to the mission of evangelization. Let me re-emphasize that none of these "shadows," nor all of them taken together, constitute a good reason for us to delay or postpone the Church's mission of evangelization.* The mission is Christ's and it remains valid and urgent. One of the most frequent words in Scripture and in early Christian writers is "today." Today, now, is the time for us to carry out the Lord's mandate to spread the Gospel as widely and deeply as possible. While we rightly speak of the Kingdom of God as "already" inaugurated but "not yet" fulfilled, nowhere does the Church's Tradition speak of a "not now!" Rather, "*This* is the acceptable time; *this* is the day of salvation" (2 Cor 6:2).

---

[29] Pope Francis, *Fratelli Tutti*, No. 157.

Surely, when the Apostles preached the Good News post-Pentecost, their message was countercultural, especially as the faith spread beyond Jerusalem into the heart of the Roman Empire. The faith was countercultural when our forebears preached it in a society that was dominated by the Know-Nothings and by a general prejudice against Catholics and immigrants. Not surprisingly, modern culture has served up its share of challenges to us. We owe it to the Lord and to God's People not to shrink away from those challenges but rather to address them with a deep and living faith in the Person of Christ and with trust in the soundness of the Church's teaching, and with a love to which none of our opponents can take exception.

Finally, let me mention a very deep shadow that will always be a part of our lives as followers of Christ. St. Paul identifies it in his letter to the Ephesians: "For our struggle is not with flesh and blood but with the principalities, with the powers, and with the world rulers of this present darkness, with the evil spirits in the heavens" (Eph 6:12). Our adversaries are not all earthly. Satan and his minions continue to wage war on Christ's followers and on his Church, and this "struggle" is not simply one shadow among many, but rather is intimately connected with each of the others. Not for nothing does the Easter Sequence speak of "a battle stupendous" between "Life's Captain"—the Christ—and Satan. Jesus Christ conquers sin, death, and Satan, which is at the heart of the *kerygma* we proclaim. It is for this reason that every disciple must possess an earnest recognition of the reality of Satan and sin. We should not be surprised if our witness to the faith is costly, if we encounter opposition and resistance, and if we have to endure suffering for the sake of the Gospel. After all, the Lord told us that unless we are willing "to take up our cross and follow after him" we are unworthy to be his disciples (Mt 10:38). St. Paul urges us "to bear our share of the hardship that the Gospel entails" (2 Tim 2:3). Like the first Christians, we must rejoice to suffer "for the sake of the Name" (Acts 5:41), convinced as we are, that "Through [Christ] was life, and this life was the light of the human race; the light shines in the darkness and the darkness has not overcome it" (Jn 1:4-5).

# VIII. Where do We Go From Here?

*"Your word is a lamp for my feet,
a light for my path."*
(Ps 119:105)



As we bear all that has gone before and reflect on the Church's situation in the world, the inevitable question emerges, "Where do we go from here?" I have engaged in conversation around that very question with the priests and deacons of the Archdiocese as well as the Archdiocesan Pastoral Council. There is, for example, widespread concern among parish leadership that, post-COVID, Mass attendance will not bounce back and that many parishioners will be content to watch the Mass online instead of attending in person. After all, it is much more convenient to stay home and watch Holy Mass on one's sofa having a cup of coffee, than it is to dress up on a Sunday morning and pack the family off to church. As shopping and doing business become more and more an online reality, so too there is concern that parishioners may come to regard their parish churches the way they regard "big box stores"—nice that they are there but usually not frequented. It is true that livestreamed Masses offer us new opportunities to reach those not coming to church; nonetheless, we also have to acknowledge that far too many do not see the difference between a virtual Mass as opposed to taking part at Mass with a worshipping assembly and receiving Our Lord in Holy Communion.

How well founded such concerns actually are remains for us to see. However, long before the current pandemic, Mass attendance was in decline. Furthermore, as a recent survey by the Pew Research Center shows, belief in the Real Presence of Christ in the Eucharist has declined.[30] This unhappy phenomenon is, in part, the result of faulty catechesis and failures to evangelize. Sometimes false choices were posed between the Mass as the living re-presentation of the Lord's Paschal Sacrifice on the one hand and the Mass as a sacred meal on the other. Some saw Eucharistic adoration as a detraction from the celebration of the Eucharist, not as an aid to belief, devotion and participation in the Eucharistic liturgy. Instead of putting all the components of Eucharistic doctrine together in an integral whole, those components sometimes were set against one another, to the detriment of the Church's mission of evangelization and catechesis.

At the same time, this challenge is more than a question of faulty catechesis. As noted above (cf. *supra*, "Shadows and Lights"), the advent of cyberspace and the substitution of the virtual for the real is changing the categories in which people think, how they absorb and process information, and what they regard as real vs. un-real. This poses a further challenge to those who would evangelize and catechize.

---

[30] Pew Research Center Survey, August 2019. Only about one-third of all Catholics believe in the Real Presence. The percentage of those who believe in the Real Presence is higher (63%) among those who attend Holy Mass weekly.

It is important to understand this developing cultural phenomenon and to try to bridge it in preaching, evangelizing, and instruction. It is also true, however, that no amount of bridging substitutes for our own vibrant faith in the intensely personal and utterly real presence of Christ in the Holy Eucharist. At the end of the day, no human categories fully express this mystery. Rather, we must bear witness to our Eucharistic faith by how we pray and live.

As my brother priests and I reflected on these and other challenges, the proposal emerged that the Archdiocese of Baltimore engage in a year dedicated to evangelizing and catechizing about the Most Holy Sacrament of the Altar. Titled, "Encounter Christ's Presence: A Year of the Eucharist," that proposal gained widespread and enthusiastic approval. Yet, as work proceeded to organize the activities of the proposed Eucharistic year, it soon became evident that more preparation, more groundwork was needed. Just as it is necessary to do site work before constructing a home or a commercial building, so too it is deemed necessary to spend a year doing some "site work" in preparing for what will be a multiyear effort to evangelize and catechize about the Eucharist.

What is the "site work" that needs to be done?

- **First** are ongoing efforts to restore the trust that has been shattered by clerical sexual abuse and to continue the work of ongoing reform.
- **Second** are concerted efforts to reach out to all of our parishioners, active and inactive, simply to renew and strengthen as many relationships of trust as possible.
- **Third** is the need to help people, perhaps through a simple invitation to develop the habit of daily personal prayer, to discern the true hungers of their hearts—above all, their hunger and thirst for God's love, a longing that the Eucharist satisfies.
- **Fourth** is to help people eliminate in their lives, to the extent possible, the obstacles to the Lord's love and to their full and active membership in the Church; this is rather like removing the boulders one might find on a construction site.
- **Fifth** is bearing witness convincingly to the Lord's mercy, to his deeply personal love for each of us, and to his hunger and thirst for our love, leading those we serve toward sacramental reconciliation and freedom from sin.
- **Sixth** is sharing with others our own Eucharistic joy and amazement as we go about our daily life.

Such are the kinds of activities each parish should undertake in the year 2021, in preparation for what some are calling the "Eucharistic Revival Project."

Already my co-workers have given a lot of thought and prayer as to how this would play out in the Archdiocese of Baltimore. Among other things, a proposal is afoot to study, to reflect on, and to preach and teach about the multiple ways Christ is present in the Eucharist: in the Word proclaimed; in the minister-celebrant; in the worshipping assembly; and, above all, in the Eucharistic species, the bread and wine totally changed into the Body, Blood, Soul, and Divinity of Christ.

As we move into 2021, there will likely be continued restrictions on the number of the faithful who can attend Mass. Nonetheless, we can begin doing the aforementioned "site work" now. To that end, suggestions and resources for this preparatory year will be forthcoming, all of which will be designed for adaptation by each parish.

And we are not alone. Other bishops and dioceses all around the United States share our concern about the Church's "Eucharistic future." As a result, Bishop Robert Barron, auxiliary bishop of Los Angeles, has proposed that the United States Bishops take part in a multiyear "Eucharistic Revival Project." Here in the Archdiocese of Baltimore, and dioceses across the United States, we would unite in working together to revive and renew the Eucharistic faith of our people. This would include a sharing of resources for Eucharistic evangelization and catechesis in parishes and dioceses. It would also culminate in something not unlike local Eucharistic congresses and a national Eucharistic congress.

# IX. A Light Shining Ever More Brightly

*"I have come into the world to be its light."*

(Jn 12:46)



In the sanctuaries of our churches and chapels, a sanctuary lamp perpetually burns, a flickering flame that signals the reserved presence of Jesus in the Blessed Sacrament. Let it be our united hope and prayer that, in the power of the Holy Spirit, we will "fan into flame" (2 Tim 1:6) our Eucharistic faith, such that it will shine brightly in every pastorate, in every neighborhood, and in every corner of this, the Premier See.

The Second Letter of St. Peter teaches us that "the prophetic message" of the Gospel is "something altogether reliable" and it instructs us to "keep [our] attention closely focused on it, as [we] would on a lamp shining in a dark place, until the first streaks of dawn appear and the morning star rises in [our] hearts" (2 Pt 1:19-20). That darkness takes many forms, including the sin, scandal, crises, and divisions that mark contemporary life. As Catholic Christians and as members of the Archdiocese of Baltimore, I invite you, as indeed I urge myself, to refocus the eyes of our souls on "the true light that enlightens everyone coming into the world" ( Jn 1:19). Christ is the only light that guides us, not only in our journey through life, but indeed, in our journey from time to eternity.

In his Treatise on John, St. Augustine bids the people of Hippo in Northern Africa, "… (L)ove with me and, by believing, run with me; let us long for our heavenly country, let us sigh for our heavenly home. …" St. Augustine bids us to live as a people of hope who look forward to that day when we shall gaze upon the Word, that happy day "when [we] will see the light itself in all its purity and brightness." He adds, "It is to see and experience this light that [we] are now being cleansed."[31]

I make my own the appeal of the holy bishop of Hippo, St. Augustine. For he really describes the mission that lies open before us. That mission is to catch hold of the light of the Gospel as encapsulated in the Eucharist, and then, in the grace of the Holy Spirit, to allow that light to radiate in us and through us to those around us. Our mission is to be cleansed and enlightened, even as we walk with others who are being cleansed, enlightened and prepared to gaze with inexpressible joy upon him who is "God from God and light from light."

---

[31] Augustine, Tract. 35, 8-9, CCL 36, 321-323, *Liturgy of the Hours*, Vol. IV., p. 591.

Dear brothers and sisters, the time is short, and my appeal is urgent. Come, let us walk in the light of the Lord! (Is 2:5).

Mary, Star of Evangelization, pray for us!

Baltimore Maryland, the Solemnity of the Epiphany, January 3, 2021.



Most Reverend William E. Lori, S.T.D.
Archbishop of Baltimore

Photos, unless otherwise specified,
by Kevin J. Parks/Catholic Review staff -
Courtesy Catholic Review Media



**EXHIBIT C**
**A LIGHT BRIGHTLY VISIBLE 3.0**

# A Light Brightly Visible 3.0

*Implementing the Vision of Seek the City to Come* (HEB 13:14)

• A PASTORAL LETTER •

*Most Reverend William E. Lori, S.T.D., Archbishop of Baltimore*



ARCHDIOCESE of BALTIMORE





# A Light Brightly Visible 3.0

## *Implementing the Vision of Seek the City to Come* (HEB 13:14)

### • A PASTORAL LETTER •

*Most Reverend William E. Lori, S.T.D., Archbishop of Baltimore*

**Ash Wednesday 2025**

# Table of Contents

Introduction                                              6

I. The Hope that is Ours in Christ Jesus                  7

II. Words of Gratitude                                   10

III. What We Learned                                     12

IV. Sources of Renewal                                   21

V. Jubilee of Hope                                       24



*Parishioners from around the Archdiocese of Baltimore attend Seek the City To Come vigil and presentation June 27, 2023, at the Cathedral of Mary Our Queen in Homeland. (Kevin J. Parks/CR Staff)*

# Introduction

Dear friends in Christ,

Soon after I began serving as Archbishop of Baltimore, I learned of past efforts to realign parishes in response to population shifts and declining Mass attendance. I was told that more was needed. As I began to visit parishes throughout the Archdiocese, I could see that for myself. The configuration of parishes from the 19th and 20th centuries needed to be adjusted in light of 21st century pastoral realities.

Early on, I received more good advice, this time from the Presbyteral Council. "Whatever you do," I was told, "be sure that your plans for parish reconfiguration are not done simply to improve the 'bottom line' but rather to revitalize the Church's mission of evangelization." This advice was "music to my ears."

As I was listening and reflecting, Pope Francis issued his landmark Apostolic Exhortation, "The Joy of the Gospel." I found myself reading and re-reading it. I took it to prayer. Hopefully, I took it to heart. I realized that Pope Francis' exhortation was foundational for my ministry and for the work I would do with the Archdiocesan family of faith in the realignment and revitalization of parishes for mission.

The point I wish to make is that Seek the City to Come is not a stand-alone process designed solely for the parishes in the City of Baltimore and surrounding suburbs. It is part of a larger context, a decade-long process of striving to revitalize parishes as centers of missionary activity. Such parishes are, among other things, intent on forming missionary disciples who invite non-practicing Catholics and those searching for truth and love to become part of our parish communities. Accordingly, I wrote "A Light Brightly Visible 1.0" to lay foundations and led to the formation of evangelizing pastorates throughout this local church. "A Light Brightly Visible 2.0" was written to re-boot those efforts following COVID and to set in motion the parish renewal teams that continue to engage parishes throughout the Archdiocese. "A Light Brightly Visible 3.0" is a successor to the previous two pastoral letters, an effort on my part to ensure that Seek the City to Come is implemented in a truly evangelizing, mission-minded spirit.

I humbly invite you to read and prayerfully reflect on "A Light Brightly Visible 3.0," whether you are a leader or member of a Seek the City parish or whether you belong to one of the other parishes in the Archdiocese. As you do so, pray for an outpouring of the Holy Spirit, that one in Christ, we may bear united witness to the Good News of redemption, not only in the City but in every corner of this Premier See.

With my prayerful affection, I am

Faithfully in Christ,

*+William E. Lori*

Most Reverend William E. Lori
Archbishop of Baltimore

# I.  The Hope that is Ours in Christ Jesus



As 2025 began, Pope Francis inaugurated a Jubilee Year of Hope. The Holy Father called the Church throughout the world to be renewed in hope. The hope of which Pope Francis speaks is not empty optimism or wishful thinking. It is rather the trustworthiness of the Lord himself and all he promised. "Christian hope," the Holy Father writes, "does not deceive or disappoint because it is grounded in the certainty that nothing and no one may ever separate us from God's love." He goes on to say, "Here we see the reason why this hope perseveres in the midst of trials: founded on faith and nurtured by charity, it enables us to press forward in life" [*Spes Non Confundit 3*].

Seek the City to Come brought together the People of God from every parish and ministry in the City of Baltimore and surrounding communities. As I attended many of those gatherings, I listened as many who spoke of how deeply they loved their parishes. I also listened as they spoke of their hopes for the future. Few wanted the status quo. Most spoke with steadfast hope that parishes in the City would be robust in proclaiming the Gospel of Christ, joyful and vibrant in celebrating the mystery of redemption, attractive to new generations, expansive in serving the needs of the poor, and vigorous in bringing the light and love of Jesus to our city neighborhoods and streets.

"By hope we are saved" (Rom 8:24), writes St. Paul. So too, he says, "Hope does not disappoint" (Rom 5:5). But hope also demands that we persevere in faith and enduring love, with our eyes fixed on the call to holiness and eternal life that we share. To be sure, the Seek the City process put our hope to the test. We embarked on a difficult journey. We set out not merely to "right-size" the number of parishes but rather, through the grace of the Holy Spirit, to lay a new foundation for the Catholic Faith in the City of Baltimore and its surrounding communities. Last year, we reached a culminating moment of three years of consultations, big and small – parish town hall meetings, meetings with parish leadership, clergy gatherings, surveys and citywide consultations. All in all, some 6,000 people were consulted. Ultimately, the map of suggested mergers was drawn up by a working group of some 250 people from across the City and its environs. Every attempt was made to conduct this process in a spirit of synodality, marked by intentional listening and transparency. Even so, when preliminary decisions were announced, it hit hard. The public gatherings that followed were heated, but this consultation resulted in further discernment and changes. Subsequently, decisions were made and steps were taken to implement the parish mergers in accord with the laws and processes of the Church.

Meanwhile, pastors of newly constituted parishes have reached out pastorally to parishioners in nearby merging churches. Those engagements were often challenging as pastors opened themselves to a range of opinions and feelings and strove to offer a vision of something new and vibrant. I am very grateful to them for this special and courageous form of pastoral service.

In the past few months, merging parishes have celebrated well-attended and heartfelt final Masses of Thanksgiving and Remembrance, and "seated" parishes have not only welcomed new parishioners, but also have made clear that this is a moment for the merged parishes to become new parishes. This is not a quick or automatic process. It will take time and patience as parishioners from different parishes come to know one another and build bonds of trust and love. There will be differing practices, customs, and styles to be negotiated. But with the help of God's grace, we will all develop a deepened understanding of how it is that we are all one body in Christ.



*Nearly 1,000 people attend an April 30, 2024, listening session for Seek the City To Come at the Cathedral of Mary Our Queen in Homeland. (Kevin J. Parks/CR Staff)*

9

# II. Words of Gratitude



©iStockphoto.com/Alex Potemkin

I am profoundly grateful to Bishop Bruce A. Lewandowski, C.Ss.R., who, together with Geri Royale Byrd and Julie St. Croix and their team, led this process with pastoral love and with courage. Untold hours of hard work and not a little anguish went into the leadership which the Bishop and his coworkers exercised on my behalf for the good of the entire Archdiocese.

Let me also offer my heartfelt gratitude to priests, deacons, religious and lay leaders who have labored in our urban parishes without stint, sometimes facing almost impossible challenges. Your wisdom, acquired by lived experience, has been an invaluable part of the Seek the City process.

In the same vein, I am grateful to every person who took part in the Seek the City process, including those of you who disagreed both with the process itself and the decisions that were reached. The passionate letters and emails I received were expressions of love for parishes that served as spiritual homes and were filled with fond memories. To repeat: none of this is easy.

  

*Bishop Bruce Lewandowski, CSsR*  *Geri Royale Byrd*  *Julie St. Croix*
*(File Photo)*

# III.   What We Learned



A year later, we might like to think that the Seek the City process is finished, but it is not. For now, there lies before us the adventure of opening ourselves anew in the Holy Spirit to the Person of Christ and to the heart of the Good News, coming together as one to make the "seated" parishes vibrant centers of true missionary activity in our City and its environs.

It is not that missionary activity isn't already going on in those parishes. Yet, if Seek the City taught us anything, it's that we can never rest content. We must pay attention to what we have learned, even as we strive to catch hold of Pope Francis' vision of parish renewal in our City and beyond, including the following:



## 1) The Need to Peer into Our Own Hearts

The Church's long experience teaches that mere external changes, difficult as they may be, are never sufficient to bring about authentic renewal. Newly configured parishes must be filled with hearts and minds newly configured to Christ. In his beautiful encyclical on the Sacred Heart, *Dilexit Nos*, Pope Francis invites us to look into our hearts so as to return to the root and core of our being. He encourages us to enter that inner sanctuary where we are alone with God whose voice echoes in our depths. There, surrounded by the love of the Heart of Jesus, let us weed out every form of prejudice, bitterness, partisanship and self-centeredness that prevents us from seeing fellow Catholics from other parishes as our sisters and brothers in the Lord. There, surrounded by that love which knows no bounds, let us break down the walls that divide us. The one thing necessary is for you and me to open our hearts widely to the redeeming love of Jesus, to allow the Spirit to fan into flame our love for Jesus and for one another in the Church, a love that is to overflow onto the wider communities where we live and work.

13

As we set aside time to pray each day, read the Scriptures, participate in holy Mass, engage in Eucharistic Adoration and make use of the Sacrament of Reconciliation, the Lord continues his redeeming work in us. He creates in us "a new heart and a new spirit" (Ez 36:26-27). A critical mass of parishioners who have fallen deeply in love with the Lord and who want to journey with others toward the Kingdom of God – this is *sine qua non* for any parish to be fully alive.



## *2) The Need to Peer into the Heart of Our Parishes*

In his landmark exhortation, *The Joy of the Gospel*, Pope Francis, quoting Pope St. Paul VI, wrote:

"The Church must look with penetrating eyes within herself, ponder the mystery of her own being. … This vivid and lively self-awareness inevitably leads to a comparison between the ideal image of the Church as Christ envisaged her and loved her as his holy and spotless bride (cf. Eph 5:27), and the actual image which the Church presents to the world today.… This is the source of the Church's heroic and impatient struggle for renewal; the struggle to correct those flaws introduced by her members which her own self-examination, mirroring her exemplar, Christ, points out to her and condemns."

Pope Francis continues in his own words:

"The Second Vatican Council presented ecclesial conversion as openness to a constant self-renewal born of fidelity to Jesus Christ: 'Every renewal of the Church essentially consists in an increase of fidelity to her own calling.' … Christ summons the Church as she goes her pilgrim way … to that continual reformation of which she always has need, insofar as she is a human institution here on earth." [EG 26]

14

As we prayerfully reflect on Pope Francis' teaching, let us heed a fundamental lesson flowing from Seek the City. The decisions to merge and close parishes were a painful but necessary step. However, the most important step we must continually take is to renew the missionary thrust of our parishes. Pope Francis urgently and continually calls every parish and ministry to undergo what he calls "missionary conversion" [EG 27]. We cannot return to business as usual. Instead, we must be willing to look deep within the heart of each of our parishes, honestly asking if we have kept before our eyes its transcendent mission, rooted in the Gospel and the teaching of the Church, and attentive to human need. The mission of our parishes is not simply "to make the world a better place," important as that is. Rather, the mission of each parish is to bear witness to Jesus Christ and his saving love in fidelity to all that the Church believes and teaches. To be clear, our first and fundamental mission is saving souls. All else flows from that fundamental mission. If our hope is set only on this world, then our sense of mission falters. This is a moment when, filled with hope, we prayerfully consider what needs to be done to fan into flame the fullness of our mission.

While the renewal of the Church is by no means confined to individuals, nonetheless the heart of the Gospel, the *kerygma*, must shine forth in the minds and hearts of those in leadership, whether clergy, religious, or lay. Preaching and formation must be done in an attractive, missionary spirit. The door must be open to a new generation of church leadership, formed in missionary discipleship. The courage of the early Christians, born of the Holy Spirit, must live in the hearts of our missionary disciples who are unafraid to bear witness to Jesus Christ, even in the face of rejection. We must be zealous but not zealots. For zealotry is born of ideology that distorts the Gospel and cancels out its first fruit, which is mercy and compassion. Zeal is different. It is born of that love the Spirit pours into our hearts. More than enthusiasm, it is a wholehearted commitment to spread the Gospel because we have experienced the grace and mercy of Jesus Christ in the Holy Spirit – both as individuals and as a community of faith. It is this that we wish to share with those yet to hear the Good News or with those who have turned away from it for whatever reason.

## κήρυγμα | KERYGMA

*proclamation (of the Gospel)*

15

## 3) *The Importance of Missionary Creativity*



(Geri Royale Byrd/Archdiocese of Baltimore)

Let me call attention to another facet of Pope Francis' teaching on parish renewal that came into focus during the Seek the City process: missionary creativity. In the same exhortation, *The Joy of the Gospel*, Pope Francis speaks directly about the ongoing relevance of the parish. He writes:

"The parish is not an outdated institution; precisely because it possesses great flexibility, it can assume quite different contours depending on the openness and missionary creativity of the pastor and the community. While certainly not the only institution which evangelizes, if the parish proves capable of self-renewal and constant adaptivity, it continues to be 'the Church living in the midst of the homes of her sons and daughters.' This presumes that it really is in contact with the homes and lives of its people, and does not become a useless structure out of touch with its people or a self-absorbed group made up of a chosen few. The parish is the presence of the Church in a given territory, an environment for hearing God's word, for growth in the Christian life, for dialogue, for proclamation, charitable outreach, worship and celebration. It is a community of constant missionary outreach. …" [EG 28]

In the passage just quoted, the Holy Father speaks of pastoral creativity and adaptability. Elsewhere, he spells this out when he speaks of the need for parishes (and other structures in the Church) to examine their customary way of doing things, things as basic as Mass and Confession  schedules, the vibrancy of parish liturgy or lack thereof, the quality of preaching and liturgical music, the effectiveness of catechetical programs, sacramental preparation, youth ministry and adult faith formation; the way parish councils are organized and function, the reception accorded to visitors or to those seeking Baptism for their children or the Sacrament of Matrimony, outreach to the sick, including the elderly and housebound. In other words, a parish that wishes to become a center of missionary activity must be willing to look at every facet of its life to determine if it provides an interior space for growth in holiness while adapting

16

and shaping its ministries to pastoral need and actively reaching out beyond itself.

These are the kinds of questions that are being considered by the transition teams of the newly merged parishes, not only the many administrative and personnel challenges posed by parish mergers, but indeed also the ongoing transformation of parish ministries and activities, continually reorienting them in service of the Church's mission of evangelization.

Today, more than in the distant past, parishioners enjoy greater freedom to choose which parish they attend. That fact, however, does not erase the primary responsibility of a parish for the people living in its own boundaries – not only for practicing Catholics but nonpracticing Catholics, for the unchurched, for the barely churched and for those who are or claim to be nonbelievers. Just as Jesus went about preaching and doing good works, so too, a church patterned after him will do the same. And just as Jesus met with faith and amazement on the one hand and rejection on the other, so too we can expect no less. Thus, ways must be found to engage the neighborhoods and the neighbors who live within our parish boundaries, whether through charitable outreach, knocking on doors or electronic means. Whatever it takes, we need explicitly to bring the Gospel to people and invite them to share our faith rather than to wait for people to find us.



*4) The Need to Focus on a Changing Mission Field*

(Geri Royale Byrd/Archdiocese of Baltimore)

The mandate to bring the Gospel to people and not to wait for them to find us applies most especially to those who are underserved: those who live in neighborhoods with vacant and crumbling rowhouses, those who are exposed

to gun violence, gangs, and drugs, and to those who face deep poverty and instability. We need to reach out to them, offering pastoral care and material support. But we also need to actively invite them to be a part of our faith communities. Like the great missionaries who waded into the most hopeless situations, we must be willing to go into those neighborhoods and engage those who live there. Nor should anyone fall into the trap of underestimating those living in such conditions. There are many good-hearted and heroic people living in those neighborhoods. No place on earth, not even the most desperate, is godforsaken. Ministries of charity and justice are a good start but not an ending point. A parish exists primarily to proclaim the Good News of redemption and to invite everyone to journey toward eternal life through our sharing in Word and Sacrament.

Often, the poor turn first to our parishes for help. To be sure, Catholic Charities and the St. Vincent de Paul Society offer an array of services for those in need, yet the parish remains a place where the homeless and the hungry, the troubled and the addicted often turn for help and comfort. Together with Catholic Charities and the St. Vincent de Paul Society, every effort is being made to ensure that none of the vital services, such as food pantries, is lost as Seek the City is implemented. But more than that, we must work to ensure that the poor are received as if they are Christ himself and cared for and known as unique persons with an identity, a family, a history, and above all, a transcendent destiny. Nothing renders a person poorer than being nameless and faceless. A parish on mission does not forget the poor.

Also within our mission field are those parishioners with whom we have lost touch. Some are elderly and housebound. Some parishioners drifted away, seemingly with no one to notice. Others are angry or alienated, sometimes for just cause. More than a few departed with COVID. Just as Jesus reached out first to "the lost children of Israel" (cf. Mt 15:24), so too we might consider reaching out first to the lost members of our parishes. Will this outreach be met with anger or rejection? At times. But might it also be met with the joy and gratitude of reconciled hearts? No doubt. Isn't that at the heart of the mission the Lord entrusts to us?

Some parishes that are predominately Black were among those that were merged, the majority of which had fewer than 100 worshippers on Sunday. These decisions were difficult and painful. At the same time, Seek the City presents an opportunity for a renewal of Black Catholic ministries in Baltimore and throughout the Archdiocese. The oldest Black Catholic parish,

18

St. Francis Xavier, is set on a course of growth and renewal. The same is true of other Black Catholic parishes, including St. Bernardine (with a worship site at St. Peter Claver), St. Ambrose, New All Saints and St. Veronica. With renewed pastoral leadership and fewer buildings to support, these parishes will have increased ministerial and material support to expand mission outreach and parish services while actively engaging the surrounding neighborhoods. A continual focus on the eternal destiny of those we serve helps us make our parishes beacons of peace and hope in our neighborhoods and spurs us on to be builders of a society marked by racial equality and justice.

Growing Hispanic, Filipino and African immigrant communities continue to expand our mission field. How important that we come to know them, not merely in categories such as "newly arrived" or "culturally diverse" – but as living, breathing people, created in God's image and called to friendship with God. These communities are young and hardworking. Like many other Catholics, they are looking for parishes where they find acceptance and welcome. How important for parishes to develop pastoral and cultural competencies so as to invite and welcome those who bless us with their presence, their culture and the gifts the Spirit bestows upon them.

Of great importance are ministries that build up and evangelize families. Families are the heart of society and the heart of the Church. The exclusive and lifelong love of husband and wife for one another forms the stable and loving environment for children to grow in faith and maturity. If we are to repair the social fabric and to revitalize our parishes, then we must concentrate on helping and supporting young people to embrace the vocation of marriage and family life. So too we need to help couples to overcome the obstacles they encounter and to grow in love for one another and for their children.

What of youths and young adults?

Catholic schools in the City and the near-in suburbs are an excellent resource for forming children and adolescents in the faith. I would ask the parishes involved in the Seek the City process to encourage parishioners to entrust their children to our schools. While expense is surely a problem, tuition assistance is available through Partners in Excellence and BOOST.

Parish initiatives aimed at evangelizing and catechizing children and adolescents remain vitally important. Experience teaches that these efforts are most successful when parents are involved. Thus, throughout the Archdiocese, our focus is on family faith formation. Not only urban parishes but all our parishes need to discern and embrace creative ways to engage families and young people and form them in the faith.

Many young adults have made Baltimore their home. Walking down some streets, you can see the pennants of universities they attended, many of them well-known Catholic universities. A number of our urban parishes are hubs for young adults, but there are many more yet to be reached. Perhaps forms of "peer ministry" can be developed to reach out to these young adults, many of whom are searching and some of whom experience that unique form of loneliness that contemporary culture imposes. Let us vigorously invite them to experience the love God has for them, a love that can be experienced in the life of a parish community.

More than a few who live in the City and its environs may seem to be impervious to the Gospel. Some have fallen prey to the militant secularism and atheism that are afoot in our culture. They seek fulfillment in secular creeds; yet experience teaches that these do not satisfy the deepest cravings of the human heart for a love that is pure and infinite. Let us bear witness to that Love for which they long.



### 5) Seek the City Pertains to Every Parish in the Archdiocese

©iStockphoto.com/FrankRamspott

Let me cite a final lesson taught by the Seek the City process. While it focused on parishes in Baltimore and its environs, in reality, it pertains to the whole Archdiocese. It is a clarion call for every parish in the Archdiocese to embrace its evangelizing mission with renewed vigor. It would be a mistake for any parish to assume that it is immune from the decline seen elsewhere. This is also a moment for parishes around the Archdiocese to renew and strengthen their ties with parishes in the City. Some have "sister-parish" relationships which entail more than financial support but also a true "exchange of gifts" – pastoral, spiritual, and cultural.

# IV.    Sources of Renewal



©iStockphoto.com/SeanPavonePhoto

All of the foregoing can be overwhelming. It may seem as if the bar is being set too high. Or that Seek the City is aiming at an impossible ideal. Or that only a fraction of what is being proposed can be attained. Or that there isn't enough money or personnel, not to mention time and energy. Let us remind ourselves where we must turn for what we need to accomplish the mission entrusted to the whole Church by the Lord Jesus.

At the heart of Seek the City is something much greater than demographics, finances, and deferred maintenance – important as these are. At its core is a Eucharistic Vision. The Second Vatican Council famously taught that the Eucharist is the "the source and summit" of the Church's life [*Lumen Gentium 11*]. The vision and strength needed for mission are derived from entering into the Paschal Sacrifice – the saving Death and Resurrection of Jesus Christ. Through the Eucharist we are spiritually nourished with Christ's Body and Blood. Through the Eucharist, Christ lives in us. His invincible and sacrificial love becomes a part of us. The words of dismissal at the end of Mass – "Go in peace" – are more than a formula. They are a summons to mission. So too, like the first disciples whom Jesus sent on mission, we too go out on mission, accompanied by Christ in the Spirit. So too we return to him, week after week and day after day, to tell him what we have seen and heard and done. When we do so, he invites us to come away with him and pray, to be refreshed, instructed, repaired, and strengthened. Not only that, we strive in God's grace week by week and day by day to bring back to the Eucharist those who have absented themselves while opening wide the doors to those who are seeking truth, meaning, and a spiritual home.

No one accomplishes the mission of evangelization alone, not even the Lord. He appointed 12 apostles and 72 disciples. He instructed them, formed them, and sent them out. This set the pattern for the Church. Indeed, all the baptized are called in some way to contribute to the mission of the Church. Baptism is the font of new life, immersion into the new life Christ won for us by his Death and Resurrection. Every baptized person is called by the Holy Spirit to some vocation, to some form of life by which he or she is to follow the Lord and contribute to building up of the Body of Christ. The Spirit pours forth upon the baptized a variety of spiritual gifts, or charisms, that are given, not simply for the personal sanctification of the recipient, but for the sake of the Church's mission of evangelization.

If a parish is to be a center of missionary activity, it must be comprised of missionary disciples – those who have been called, gifted, formed, and sent. This means that the pastor and his coworkers must constantly be on the lookout for the gifts, charisms, and ministries the Spirit is bestowing on members of the parish family. It is their responsibility to discern these, and then to harness, harvest and harmonize them for the sake of the Church's mission. It is these well-formed, Spirit-driven, Eucharistic missionaries who assist in evangelizing those whose faith is dormant as well as those whose faith has been damaged by scandal or by inattention or by a life contrary to the Gospel. Indeed, a missionary disciple must know how to share his or her faith story in a compelling way, to share the Good News with and for others.

The Archdiocese is blessed with many resources to help form missionary disciples and help parishes embrace their mission more vibrantly. The Institute for Evangelization looks forward to its continued work with parishes throughout the Archdiocese. Additional resources such as ChristLife, Amazing Parish, and Rebuilt, to name but a few, are available as well.

Among the tasks now underway is the formation of new parish or pastoral councils and finance councils. To do so successfully requires listening to the Word of God and listening to one another. It requires moving through the process of grieving for parishes that have been merged. It also requires moving beyond lingering grievances toward a new day of cooperation and harmony, so essential for the mission of evangelizing. The mandate of these councils is not about power or control but mission – how to marshal every available resource for the mission. Indeed, this should be the primary and overriding focus of every council, ministry and organization in the parish life.

Finally, there is no mission without daily prayer and a sacrificial style of life. We are, after all, inviting those who live in the neighborhoods of our parishes to share in the One Sacrifice that brings salvation to the whole world. We do so not only as teachers but also as witnesses. This means that our own lives must be imbued by the life-giving Sacrifice that is at the heart of the Church's life. This means living lives that are not focused on ourselves, but rather on the Lord and on those the Lord calls us to reach and serve.

# V. Jubilee of Hope





*Father Matthew Buening, former pastor of St. Matthew and Blessed Sacrament in Baltimore, greets a man during the Seek the City To Come vigil and presentation June 27, 2023, at the Cathedral of Mary Our Queen in Homeland. (Kevin J. Parks/CR Staff)*

Let us end where we began: Pope Francis has called us to journey together in hope, with our eyes fixed on Christ. Hope is neither false optimism nor wishful thinking. Hope means a radical trust in God whose promise never fails. Hope means relying on the power of the Holy Spirit to animate the mission we have embraced. Hope means that even now the joy and peace of God's Kingdom is breaking in upon us and upon our City – setting our sights on the City to Come, the new and heavenly Jerusalem where the Crucified and Risen Christ is seated at the right hand of God. Come! Let us journey together!

Mary Our Queen, Star of Evangelization, pray for us!

*Photos, unless otherwise specified,*
*by Kevin J. Parks/Catholic Review Staff;*
*Courtesy Catholic Review Media*



**www.archbalt.org**

www.facebook.com/archbalt | www.twitter.com/archbalt | www.instagram.com/archbaltimore

**EXHIBIT D**[1]

**1. St. Agnes**
Seated at St. Agnes.

Parishes merging:
St. Agnes
St. William of York

**2. Our Lady of Victory**
Seated at Our Lady of Victory with additional worship site at St. Joseph's Monastery.

Parishes merging:
Our Lady of Victory
St. Joseph's Monastery
Transfiguration Catholic Community
St. Benedict

**3. St. Bernardine**
Seated at St. Bernardine with additional worship site at St. Peter Claver.

Parishes merging:
St. Bernardine
St. Peter Claver
St. Edward
St. Gregory the Great
St. Pius V

**4. New All Saints**
Seated at New All Saints.

Parishes merging:
New All Saints
St. Cecilia
Immaculate Conception (Baltimore City)

**5. St. Ambrose**
Seated at St. Ambrose.

**6. Cathedral of Mary Our Queen**
Seated at Cathedral of Mary Our Queen.

Parishes merging:
Cathedral of Mary Our Queen
Shrine of the Sacred Heart
St. Pius X

---

[1] Each hyperlink is directed to the decree explaining the basis for the canonical merger of the applicable parish.

2

St. Thomas Aquinas
St. Mary of the Assumption

**7. Saints Philip & James**
Seated at Saints Philip & James.

**8. St. Veronica**
Seated at St. Veronica.

**9. St. Athanasius**
Seated at St. Athanasius with English and Spanish ministry.

Parishes merging:
St. Athanasius
St. Rose of Lima

**10. Catholic Community of South Baltimore**
Seated at Holy Cross with additional worship site at Our Lady of Good Counsel.

Parish Campuses:
Holy Cross
St. Mary Star of the Sea
Our Lady of Good Counsel

**11. Basilica of the Assumption**
Seated at Basilica of the Assumption.

Parishes merging:
Basilica of the Assumption
Corpus Christi

**12. St. Alphonsus Liguori**
Seated at St. Alphonsus Liguori.

**13. St. Ignatius**
Seated at St. Ignatius.

**14. St. Leo the Great**
Seated at St. Leo the Great with additional worship site at St. Vincent de Paul.

Parishes merging:
St. Leo the Great
St. Vincent de Paul
St. Patrick (territory)

2

#535482956_v3

**15. St. Francis Xavier**
Seated at St. Francis Xavier.

Parishes merging:
St. Francis Xavier
St. Ann
St. Wenceslaus
St. Ignatius (territory)

**16. St. Casimir**
Seated at St. Casimir.

Parish Campuses:
St. Casimir
St. Elizabeth of Hungary

**17. Sacred Heart of Jesus & Holy Rosary**
Pastorate of Sacred Heart of Jesus and Holy Rosary with English and Spanish ministry at Sacred Heart of Jesus. Holy Rosary has English, Polish, and Spanish ministry.

Parishes merging:
Sacred Heart of Jesus
Holy Rosary

**18. Our Lady of Fatima**
Seated at Our Lady of Fatima with English and Spanish ministry.

Parishes merging:
Our Lady of Fatima
Our Lady of Pompei

**19. Our Lady of Hope**
Seated at Our Lady of Hope with additional worship site at St. Rita.

Parishes merging:
Our Lady of Hope
St. Rita
St. Luke
Sacred Heart of Mary

**20. Our Lady of Mount Carmel**
Seated at Our Lady of Mount Carmel with Hispanic ministry.

Parishes merging:
Our Lady of Mount Carmel
St. Clare

3

#535482956_v3

**21. St. Michael the Archangel**
Seated at St. Michael the Archangel with English and Spanish ministry. Additional worship site at St. Clement Hofbauer.

Parishes merging:
St. Michael the Archangel
St. Clement Hofbauer
Church of the Annunciation

**22. St. Matthew**
Seated at St. Matthew with additional worship site at St. Francis of Assisi.

Parishes merging:
St. Matthew
St. Francis of Assisi
St. Dominic
Shrine of the Little Flower
St. Anthony of Padua
Most Precious Blood
Blessed Sacrament

**23. Immaculate Heart of Mary**
Seated at Immaculate Heart of Mary.

Parishes merging:
Immaculate Heart of Mary
St. Thomas More

4

#535482956_v3