**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| In re:<br><br>ROMAN CATHOLIC ARCHBISHOP OF BALTIMORE,<br><br>    Debtor.[1] | Chapter 11<br><br>Case No. 23-16969-MMH |
| THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS,<br><br>    Plaintiff,<br><br>v.<br><br>ROMAN CATHOLIC ARCHBISHOP OF BALTIMORE,<br><br>    Defendant. | Adversary Proceeding No. 26-00041-MMH |

**<u>DEBTOR'S WITNESS LIST FOR APRIL 15, 2026 HEARING</u>**

1.  Bishop Adam J. Parker
    *Auxiliary Bishop for the Archdiocese of Baltimore*

Dated: April 8, 2026

Respectfully Submitted,

/s/ *Philip T. Evans*
Philip T. Evans (Fed. Bar No. 11796)
Nicholas A. Dellefave (Fed. Bar No. 31895)
HOLLAND & KNIGHT LLP
800 17th Street, NW, Suite 1100
Washington, DC 20006
Telephone: 202.457.7043
Email: *philip.evans@hklaw.com*
       *nicholas.dellefave@hklaw.com*

---

[1] The last four digits of the Debtor's federal tax identification number are 1535. The Debtor's principal place of business is located at 320 Cathedral Street, Baltimore, Maryland 21201.

Blake D. Roth (admitted pro hac vice)
C. Scott Kunde (admitted pro hac vice)
HOLLAND & KNIGHT LLP
511 Union Street, Suite 2700
Nashville, TN 37219
Telephone: 615.244.6380
Facsimile: 615.244.6804
Email: *blake.roth@hklaw.com*
      *scott.kunde@hklaw.com*

Catherine Keller Hopkin (Fed. Bar No. 28257)
YVS LAW, LLC
185 Admiral Cochrane Drive, Suite 130
Annapolis, MD 21401
Telephone: 443.569.0788
Facsimile: 410.571.2798
Email: *chopkin@yvslaw.com*

*Attorney for Debtor/Defendant*
*The Roman Catholic Archbishop of Baltimore*

2

### CERTIFICATE OF SERVICE

I HEREBY CERTIFIED that on April 8, 2026, a true and correct copy of the foregoing Notice of Entry of Appearance was filed and served through CM/ECF to all parties of record and electronic notice of this notice should be provided to the following persons:

Edwin H Caldie: ed.caldie@stinson.com

Richard L. Costella: rcostella@tydings.com

Alan M. Grochal: agrochal@tydings.com

Andrew Glasnovich: drew.glasnovich@stinson.com

Christopher B. Sevedge:  chris.sevedge@stinson.com

/s/ Philip T. Evans
Philip T. Evans

3