**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| In re: | Chapter 11 |
| ROMAN CATHOLIC ARCHBISHOP OF BALTIMORE, | Case No. 23-16969-MMH |
| Debtor.[1] | |
| THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, | |
| Plaintiff, | |
| v. | Adversary Proceeding No. 26-00041-MMH |
| ROMAN CATHOLIC ARCHBISHOP OF BALTIMORE, | |
| Defendant. | |

**DEBTOR ROMAN CATHOLIC ARCHBISHOP OF BALTIMORE'S**
**LIST OF EXHIBITS IN CONNECTION WITH THE HEARING ON THE COMMITTEE'S**
**MOTION FOR PRELIMINARY INJUNCTION AND DEBTOR'S MOTION TO DISMISS**

The Roman Catholic Archbishop of Baltimore (the "***Debtor***"), by and through its undersigned counsel, files this List of Exhibits in connection with the hearing scheduled on April 15, 2026 at 2:00 p.m. on the: 1) Motion for Preliminary Injunction (ECF. 13) and 2) Motion to Dismiss Adversary Proceeding (ECF 15).

---

[1] The last four digits of the Debtor's federal tax identification number are 1535. The Debtor's principal place of business is located at 320 Cathedral Street, Baltimore, Maryland 21201.

**EXHIBIT LIST**

| Exhibit No. | Description | Offered | Objection | Admitted |
|---|---|---|---|---|
| D01 | A Light Brightly Visible 1.0 (2015) | | | |
| D02 | A Light Brightly Visible 2.0 (2021) | | | |
| D03 | A Light Brightly Visible 3.0 (2025) | | | |
| D04 | Fully Executed - Contract for Purchase and Sale of Property – St. Luke's - 10-14-2025 | | | |
| D05 | Fully Executed – First Amendment To Purchase and Sale Agreement – St. Luke's - 11-17-2025 | | | |
| D06 | Executed - Unanimous Written Consent Resolution - St. Luke's Roman Catholic Congregation, Inc. - Sale of St. Luke's Parish Property | | | |
| D07 | MD Certificate of Status for St. Luke's Roman Catholic Congregation, Inc. | | | |
| D08 | Fully Executed - Ascension School Building PSA - 12-2-2025 | | | |
| D09 | Executed - Unanimous Written Consent Resolution - Catholic Community of Ascension and St. Augustine - Sale of Ascension School Building | | | |
| D10 | MD Certificate of Status for Catholic Community Of Ascension and St. Augustine Roman Catholic Congregation, Inc. | | | |
| D11 | Impact of Seek the City | | | |

Dated:  April 8, 2026

_____/s/ Philip T. Evans_____
Philip T. Evans (Fed. Bar No. 11796)
HOLLAND & KNIGHT LLP
800 17th Street, NW, Suite 1100
Washington, DC 20006
Telephone: 202.457.7043
Email: philip.evans@hklaw.com

*-and-*

Blake D. Roth (admitted pro hac vice)
C. Scott Kunde (admitted pro hac vice)
HOLLAND & KNIGHT LLP
511 Union Street, Suite 2700
Nashville, TN 37219
Telephone: 615.244.6380
Facsimile: 615.244.6804
Email: blake.roth@hklaw.com
scott.kunde@hklaw.com

*-and-*

Catherine Keller Hopkin (Fed. Bar No. 28257)
YVS LAW , LLC
185 Admiral Cochrane Drive, Suite 130
Annapolis, MD 21401
Telephone: 443.569.0788
Facsimile: 410.571.2798
Email: chopkin@yvslaw.com

*Attorneys for the Debtor and Debtor In Possession*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFIED that on April 8, 2026, a true and correct copy of the foregoing Notice of Entry of Appearance was filed and served through CM/ECF to all parties of record and electronic notice of this notice should be provided to the following persons:

Edwin H Caldie: ed.caldie@stinson.com

Richard L. Costella: rcostella@tydings.com

Alan M. Grochal: agrochal@tydings.com

Andrew Glasnovich: drew.glasnovich@stinson.com

Christopher B. Sevedge:  chris.sevedge@stinson.com

　　　　　　　/s/ Philip T. Evans
　　　　　　Philip T. Evans