**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(<u>Baltimore Division</u>)**

| | |
|---|---|
| In re:<br><br>Roman Catholic Archbishop of Baltimore,<br><br>     Debtor. | Case No. 23-16969-MMH<br>(Chapter 11) |

| | |
|---|---|
| The Official Committee of Unsecured Creditors,<br>     Plaintiff,<br><br>v.<br><br>Roman Catholic Archbishop of Baltimore,<br><br>     Defendant. | Adv. Proc. No. 26-00041-MMH |

**THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS' WITNESS LIST
FOR APRIL 15, 2026 HEARING[1]**

1. John Matera
   *Executive Director of Management Services and Chief Financial Officer for the Archdiocese of Baltimore*

2. Archbishop William E. Lori
   *Archbishop for the Archdiocese of Baltimore*

3. Any witness identified by the Defendant and not excluded by the Court.

---

[1] The Committee reserves the right to offer additional witnesses for impeachment or rebuttal, and to call any or all of the Defendant's witnesses.

6547306.1

CORE/3529758.0002/241647190.1

Date: April 8, 2026

Respectfully submitted,

/s/      Richard L. Costella

Alan M. Grochal, Fed. Bar No.: 01447
Richard L. Costella, Fed. Bar No. 14095
**Tydings & Rosenberg LLP**
1 East Pratt Street, Suite 901
Baltimore, Maryland 21202
Tel: (410) 752-9772
Fax: (410) 727-5460
Email: rcostella@tydings.com
        agrochal@tydings.com

*Local Counsel to the Official Committee of*
*Unsecured Creditors*

-and-

Edwin H. Caldie (MN # 388930)
Andrew Glasnovich (MN # 0398366)
Christopher Sevedge (MO # 68383)
**Stinson LLP**
50 South Sixth Street, Suite 2600
Minneapolis, MN 55402
Main: 612-335-1500
Facsimile: 612-335-1657
Email: ed.caldie@stinson.com
        drew.glasnovich@stinson.com
        chris.sevedge@stinson.com

*Counsel to the Official Committee of*
*Unsecured Creditors*

6547306.1

CORE/3529758.0002/241647190.1

## CERTIFICATE OF SERVICE

   **I** HEREBY CERTIFY that on April 8, 2026, a copy of the foregoing ***THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS' WITNESS LIST*** was served via the Court's ECF filing system, and where indicated by electronic mail, on the following:

Blake D. Roth, Esquire; blake.roth@hklaw.com
Catherine K. Hopkin, Esquire, chopkin@yvslaw.com
Hugh Bernstein, Esquire, hugh.m.bernstein@usdoj.gov (by email)
Philip Tucker Evans, Esquire; philip.evans@hklaw.com
Irving E. Walker, Esquire; iwalker@coleschotz.com


               /s/ Richard L. Costella
               Richard L. Costella

6547306.1

CORE/3529758.0002/241647190.1