**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**at Baltimore**

| | | |
|---|---|---|
| In re: | * | |
| | * | |
| Roman Catholic Archbishop of Baltimore, | * | Case No. 23-16969-MMH |
| | * | |
| Debtor. | * | Chapter 11 |
| | * | |
| *   *   *   *   *   *   * | *   *   *   *   *   * | |
| The Official Committee of Unsecured Creditors, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| vs. | * | Adv. Pro. No.: 26-00041-MMH |
| | * | |
| Roman Catholic Archbishop of Baltimore, | * | |
| | * | |
| Defendant. | * | |
| | * | |
| *   *   *   *   *   *   * | *   *   *   *   * | |

**AMENDED NOTICE OF DIAL-IN INFORMATION FOR**
**EVIDENTIARY HEARING ON APRIL 16, 2026**

**PLEASE TAKE NOTICE** that an Evidentiary Hearing is scheduled for April 16, 2026, at 9:00 a.m. ET.

Dial-in information is provided below for the audio listen-only line for all other participants.*

**Telephone connection dial**:  646-828-7666
**Meeting ID**: 160 312 4192

*Pursuant to Local Bankruptcy Rule 5070-1(a), *no party (other than the Court) may record or otherwise capture the audio or video of the Hearing in any manner*. The Court will create an official recording of the Hearing.

cc:     All parties