**EXHIBIT 20**

MEETING OF CREDITORS

ROMAN CATHOLIC ARCHBISHOP OF BALTIMORE

NOVEMBER 15, 2023

VIA VIDEO CONFERENCE

Transcription Service By:     CRC Salomon

Proceedings recorded by electronic sound recording;

transcript produced by transcription service.

Page 2

APPEARANCES

On Behalf of Debtor:
    LLOYD ROTH, ESQ.

On Behalf of Creditors Committee:
    EDWIN CALDE, ESQ.

Page 3

I N D E X

CHRIS LINSCOTT                                    PAGE

    Direct Examination by Mr. Bernstein          13
    Cross-Examination by Mr. Calde               126

Page 4

P R O C E E D I N G S

- - - - - - - - - - - -

MR. BERNSTEIN:  -- by the United States Trustee program, and I'll be presiding over today's meeting.  This meeting is not in judicial proceeding, and as such, the federal rules of evidence and the federal rules of civil procedure do not apply.

Before we begin the meeting, there are a couple of housekeeping measures that I am going to, excuse me, that I want to cover, and that will help us conduct the meeting in a timely and organized manner.  I understand that most people are at mute at this point.  When it comes time to ask questions, there will be a feature to allow you to unmute, but for now, anybody who is not talking, if you aren't on mute, if you could keep your personal phone on mute, so that way we'll eliminate background noise.

Second, I want to remind all the parties that this meeting is being recorded by the United States Trustee, and that recording by any other party is strictly prohibited.  So if you do choose to speak or ask questions during the meeting, you will be recorded, and by doing so, I am assuming that you

Page 5

consent to being recorded, as in Maryland we are a two-party consent state. So if anyone does not consent to be recorded, exit from the line at this time, or at least not speak.

Anyone who wishes to obtain a copy of the audio recording of today's proceedings may do so by making that request to me in writing, so let me give you my email address. It is hugh.m.bernstein@usdoj.gov

Third, although this is a public meeting and it's open to all members of the public, only myself, creditors, their representatives, parties in interest and their representatives may ask questions of the debtor's representatives.  Generally that means in order to ask a question, you need to either have a monetary claim against the debtor in this case, or an official position in the case, such as an attorney representing a claimant or other professional retained by a party in interest.

While members of the press are welcome to take notes, they cannot ask questions at this meeting.  This is also a reminder that the questions should be, questioning should be limited to the debtor's financial affairs and should be brief.  This is not an appropriate forum for conducting an

Proceedings | Meeting of Creditors - Roman Catholic Archbishop of Baltimore

Page 18

sort of specific to certain religious entities, so if you can kind of explain what the corporation sole means, at least your understanding of that.

A. This is Chris Linscott. I think that's more of a legal question in terms of how it's structured.

Q. Sure. Do you know, for instance, is there a difference between a corporation sole and just a corporation where one person owns 100 percent of the stock? I mean --

A. I think that's different. This is not a stock ownership entity.

Q. Okay. Does anyone actually own the debtor in that, as that term as used?

A. No. No one does.

Q. Okay. So the actual person that is the Archbishop of Baltimore, I guess in this case it would be Archbishop Lori, what, how did you understand his connection to the debtor? Is he, for lack of a better word, an employee? He does not have ownership?

A. He is an employee, not an owner.

Q. Okay. And, okay. Let me move on. I probably just need to get my own head around that on my own. Can you

Page 19

explain to me what it is that the debtor entity actually does? And by that I mean, I understand what an individual parish or a school does, but what is the debtor's role and purpose in all of the operations of the various churches, schools, and whatever else it does?

A. The debtor is the general administrator of the catholic church within the geographic (indiscernible) so it administers two other catholic organizations such as parishes and schools within its geographic area. Its general purpose, providing oversight for things like insurance programs.

Q. Okay. And what is the geographic area that this debtor covers? Is it all of Maryland? Or just certain parts of the state? Did we get cut off? Or --

A. Chris is still here.

Q. Oh, okay. Chris, do you know the geographic area for which this debtor is responsible?

A. Yes, and you can also see it on the website.

Q. And what would that be? I mean, is it the whole state of Maryland? Is it part of the state? Does it go into other states?

A. It is part of the state.

Page 20

MR. LINSCOTT: John, do you know how many counties are represented? I don't know have an exact --

MR. BERNSTEIN: Sure.

MR. LINSCOTT: -- square mileage.

MR. MATERA: It's nine counties and Baltimore City, so it does not include the two counties and DC. Prince Georges County and --

MR. BERNSTEIN: Montgomery?

MR. MATERA: -- and Montgomery. It does not include them, and it does not include the eastern shore.

MR. BERNSTEIN: Gotcha. Is there another archbishop entity or diocese entity that covers those two areas?

MR. MATERA: Well, the Prince George and Montgomery are kind of the archdiocese of Washington --

MR. BERNSTEIN: Okay.

MR. MATERA: But eastern shore is the diocese (indiscernible)

MR. BERNSTEIN: Gotcha.

Q. And what's the relationship, if any, between this particular debtor and other diocese entities around the country or the world, that kind of thing?

Page 21

A. There's no relationship.

Q. Okay.

A. Other than them being separate catholic organizations.

Q. Gotcha. What about upward? Like with the Vatican or the vertical structure? Is there anything like that?

A. No, not from a financial perspective, no.

Q. Okay. What about, I mean, certainly I understand from a religious perspective, but what about is there any other connection that's non-financial? Just, you know, some sort of agreements between the various diocese or the vertical structure to act in a certain way outside of the religious aspects?

A. No. The archdiocese of Baltimore is what's known as a separate juridic person.

Q. Okay.

A. They are not owned by the Vatican, they are separate entities. There is no financial ownership/relationship between those parties.

Q. Okay. So at the hearing on I think on Monday,

**Office (410) 821-4888**
**CRC Salomon, Inc.**

**2201 Old Court Road, Baltimore, MD 21208**
www.crcsalomon.com - info@crcsalomon.com

**Facsimile (410) 821-4889**
**Page: 6 (18 - 21)**

Page 142

with everything you said, but it doesn't respond to my question. I'm going to try to put it more succinctly.  Will the archdiocese act in accordance with bankruptcy law in this case even if canon law requires the archbishop to do otherwise?

A.  I, I think the debtor will comply with bankruptcy law.

MR. CALDE:  Mr. Matera, do you agree?

MR. MATERA:  Of course, yes.

Q.  Thank you. Canon 1256 says, "Under the supreme authority of the Roman (indiscernible) which I think is also the Pope, ownership of goods belongs to that juridic person which has required, acquired them, legitimately." I don't understand the introductory clause.  If ownership of the goods belongs, a juridic person would be a parish, is that right? That would be a Catholic juridic person, correct?  It is (indiscernible) archdiocese is another (indiscernible), right?

A.  That is correct.

Q.  So the ownership of the goods of a juridic person is always subject to the supreme authority of the Pope, is that right?

Page 143

A.  Again, if that's what it says, that's what canon law says.

Q.  I'm concerned about authority to act in bankruptcy, to sort of cut through the fog, and I'd love to have a witness that would commit under oath and under, without saying that type don't understand canon law, and I don't fault you for that.  There's nothing wrong with that.  If that's the truth, that's the truth, but it would be very helpful to have a witness that would address the statements and the information as they interact with the canon law that's referenced in the informational brief.  So that's kind of where I'm headed with all of this.  There's no question there, I'll move on.

Canon 462, (indiscernible) support the church by responding to appeals, and according to the norms issued by the conference of bishops. To me, that sounds, who are the faithful in your understanding?  That's not a capitalized term that gets assigned into canon law. Who are the faithful?

A.  The faithful are generally the parishioners.

Q.  And so we're going to talk in a little while about the appeal, the annual appeal.  Are donations made to

Page 144

the, when I say the annual appeal, do you have a kind of understanding of what I'm referring to?  I know it has a longer, more formal name.

A.  Yes.

Q.  What is that?  Is it just, for some reason I'm blanking on it.  Is it a Catholic appeal?

A.  It's different things in different dioceses. Generally there is an annual appeal.

MR. LINSCOTT:  John, do you want to describe the specifics of how it's used, the appeal?  Or how the appeal is (indiscernible)

MR. MATERA:  Well, yes. It's an annual appeal, it's dedicated to ministries that (indiscernible) to the faithful. Each year they raise anywhere between $7 and $10 million, and (indiscernible) a lot of it goes back to the parishes (indiscernible) anyway, that happens every year, and it's a big part of the overall works of the church.

MR. CALDE:  Okay.  Thank you, Mr. Matera.  I couldn't quite hear what you said, maybe you said the case elements that are identified?

MR. MATERA:  Yeah, the purposes that we identify on

Page 145

the economic (indiscernible) that's all identified to the parishioners and, you know, to the people who are giving.

MR. CALDE:  And so are the funds collected through the annual appeal restrictive funds?

MR. MATERA:  Yes.

Q.  And who decides what the purpose is of a given annual appeal going to be?

A.  It serves, a lot of missions that are (indiscernible) and basically people, they can (indiscernible) they are either providing it because they (indiscernible) changes sometimes (indiscernible)

Q.  Got it.  Who changes it?

A.  No one changes it specifically.  It would be conversations between all of the (indiscernible) things that are important.

Q.  The following are Catholic questions, and I'm just (indiscernible) a little bit hypothetical.  I'm just using it to illustrate a point. There's no vote taken amongst all of the so-called faithful, right?  Not everybody gets a vote.  There's no balloting on what can be, what are the purposes going to be this year for the Catholic appeal, right?

**Office (410) 821-4888**
**CRC Salomon, Inc.**
**2201 Old Court Road, Baltimore, MD 21208**
www.crcsalomon.com - info@crcsalomon.com
**Facsimile (410) 821-4889**
**Page: 37 (142 - 145)**

Page 214

will post details on how to get to the meeting, where it will be located, whether it's by phone, live, probably, there will be some phone components so people can participate by phone, and what the call-in number will be.  So with that, I would again just thank everyone, and I guess to Julie, the operator, how do I terminate the line?  Do I just hang up?  Or do we need to do something?

UNIDENTIFIED SPEAKER:  (indiscernible)

MR. BERNSTEIN:  Perfect.  And let me thank you again as well.

UNIDENTIFIED SPEAKER:  You're welcome.  The parties may disconnect at this time.  Speakers, you can stay on the line if you'd like.

MR. BERNSTEIN:  Thank you so much.

UNIDENTIFIED SPEAKER:  And you are in a speakers conference at this time, so the parties are no longer hearing you.

MR. BERNSTEIN: Okay.  Great.  Thank you.

(Whereupon the hearing was concluded.)

Page 215

TRANSCRIBER'S CERTIFICATE

I, Dana Dezarn, hereby certify that I transcribed from audio file the proceedings to the best of my ability in the foregoing-entitled matter; and I further certify that the foregoing is a full, true and correct transcript of the audio files produced.

IN WITNESS THEREOF, I have subscribed my name on November 30, 2023.

Dana Dezarn

Transcriber