Entered: April 15th, 2026
Signed: April 15th, 2026

## SO ORDERED

The Court finds grounds to resolve this Motion on the papers and on an interim basis. The Court hereby grants the Motion, but reserves the right to continue the April 16, 2026, hearing to another date if it finds that the testimony of Archbishop William E. Lori is needed to resolve the matter.



**MICHELLE M. HARNER**
**U.S. BANKRUPTCY JUDGE**

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| In re: | Chapter 11 |
| ROMAN CATHOLIC ARCHBISHOP OF BALTIMORE, | Case No. 23-16969-MMH |
| Debtor.[1] | |
| THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, | |
| Plaintiff, | |
| v. | Adversary Proceeding No. 26-00041-MMH |
| ROMAN CATHOLIC ARCHBISHOP OF BALTIMORE, | |
| Defendant. | |

**ORDER ADDRESSING MOTION TO QUASH**

Upon consideration of the Debtor's Motion to Quash Subpoena Directed to Archbishop William E. Lori to Attend Hearing Scheduled for April 16, 2026 (the "Motion"), and based on the applicable law and facts and for the reasons set forth in the Motion, it is hereby:

1. **ORDERED** that the Motion is **GRANTED**; and

---

[1] The last four digits of the Debtor's federal tax identification number are 1535. The Debtor's principal place of business is located at 320 Cathedral Street, Baltimore, Maryland 21201.

2. **ORDERED** that The Official Committee of Unsecured Creditors' Subpoena dated and served April 8, 2026, is **QUASHED.**

CC:   All Counsel
      All Parties

**END OF ORDER**