Entered: April 22nd, 2026
Signed: April 22nd, 2026

## SO ORDERED

No further notice or opportunity for hearing is necessary under the circumstances of this matter. 11 U.S.C. § 102(1). Relief granted based, in part, on the record (and the parties' representations on the record) of the April 21, 2026, hearing in this proceeding.



**MICHELLE M. HARNER**
**U.S. BANKRUPTCY JUDGE**

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### (Baltimore Division)

| | |
|---|---|
| In re:<br><br>ROMAN CATHOLIC ARCHBISHOP OF BALTIMORE,<br><br>Debtor.[1] | Chapter 11<br><br>Case No. 23-16969-MMH |
| THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS,<br><br>Plaintiff,<br><br>v.<br><br>ROMAN CATHOLIC ARCHBISHOP OF BALTIMORE,<br><br>Defendant. | Adv. Pro. No. 26-00041-MMH |

### ORDER GRANTING THE AD HOC COMMITTEE OF PARISHES, SCHOOLS, AND AFFILIATES' MOTION TO INTERVENE

---

[1] The last four digits of the Debtor's federal tax identification number are 1535. The Debtor's principal place of business is located at 320 Cathedral Street, Baltimore, Maryland 21201.

Upon the *Ad Hoc Committee of Parishes, Schools, and Affiliates' Motion to Intervene* (the "Motion"), seeking entry of an order pursuant to Section 1109(b) of the Bankruptcy Code, Federal Rule 24(b), and Bankruptcy Rule 7024, authorizing it to intervene in this adversary proceeding, and on the agreement of Plaintiff and Defendant; and the Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; and consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper in this District pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion having been provided; and it appearing that no other or further notice need be provided; and upon all the proceedings had before the Court and after due deliberation, it is hereby:

**ORDERED** that the Motion is **GRANTED** as follows:

**ORDERED** that the Ad Hoc Committee of Parishes, Schools, and Affiliates ("Ad Hoc Committee") is authorized to intervene in this adversary proceeding as a party in interest for purposes of filing memoranda of law and participating in any evidentiary hearings, including presenting argument, examining and cross-examining witnesses, and addressing evidentiary matters relevant to the issues raised by the existing pleadings and motions; and it is further,

**ORDERED** that nothing in this order is an admission by any party that the Ad Hoc Committee is a necessary party to this adversary proceeding;

**ORDERED** that the Plaintiff reserves all rights to argue that the Ad Hoc Committee's constituency are not separate and distinct from Defendant because they are one integrated entity, and the Defendant and Ad Hoc Committee reserve all of their respective rights to oppose such arguments by the Plaintiff ; and

**ORDERED** that all pleadings and other papers required to be served on parties in this adversary proceeding pursuant to Fed. R. Civ. P. 5 and Fed R. Bankr. P. 7005 shall be served on counsel for the Ad Hoc Committee.

Cc:     All parties receiving notice by CM/ECF

Irving E. Walker, Esq
**COLE SCHOTZ P.C.**
1210 Wills Street, Suite 320
Baltimore, MD. 21231

Benjamin M. Fischer, Esq.
**COLE SCHOTZ P.C.**
25 Main Street
Hackensack, NJ 07601

Ford Elsaesser, Esq.
**ELSAESSER ANDERSON, CHTD.**
519 High Street
P.O. Box 369
Priest River, ID 83856

Catherine K. Hopkin, Esq.
**YVS LAW, LLC**
185 Admiral Cochrane Drive, Suite 130
Annapolis, MD 21401

Blake D. Roth, Esq.
Tyler N. Layne, Esq.
**HOLLAND & KNIGHT LLP**
511 Union Street, Suite 2700
Nashville, TN 37219

Philip T. Evans, Esq.
**HOLLAND & KNIGHT LLP**
800 17th Street, NW, Suite 1100
Washington, D.C. 20006

Richard L. Costella, Esq.
Alan M. Grochal, Esq.
**TYDINGS & ROSENBERG, LLP**
One East Pratt Street, Suite 901
Baltimore, MD 21202

Nicole Khalouian, Esq.
**STINSON LLP**
100 Wall Street, Suite 201
New York, NY 10005

Robert T. Kugler, Esq.
Edwin H. Caldie, Esq.
Andrew J. Glasnovich, Esq.
**STINSON LLP**
50 South Sixth Street, Suite 2600
Minneapolis, MN 55402

Hugh M. Bernstein, Assistant U.S. Trustee
**OFFICE OF THE UNITED STATES TRUSTEE**
101 W. Lombard St., Suite 2625
Baltimore, MD 21201

**END OF ORDER**