Entered: April 29th, 2026
Signed: April 29th, 2026

**SO ORDERED**



**MICHELLE M. HARNER**
**U.S. BANKRUPTCY JUDGE**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Baltimore

| | | |
|---|---|---|
| In re: | * | |
| | * | |
| Roman Catholic Archbishop of Baltimore, | * | Case No. 23-16969-MMH |
| | * | |
| Debtor. | * | Chapter 11 |
| | * | |
| * * * * * * | * | * * * * * * |
| Official Committee of Unsecured Creditors, | * | |
| | * | |
| Plaintiff, | * | |
| v. | * | Adv. No. 26-00041-MMH |
| | * | |
| Roman Catholic Archbishop of Baltimore, | * | |
| | * | |
| Defendant. | * | |
| | * | |
| * * * * * * | * | * * * * * * |

## SECOND SUPPLEMENTAL ORDER MODIFYING AND EXTENDING
## PRELIMINARY INJUNCTION WITH LIMITED CARVEOUTS

On April 2, 2026, the Court entered an Order Granting Preliminary Injunction with Limited Carveouts (as supplemented, the "Preliminary Order").[1] ECF 22, 69. The Court held an evidentiary hearing on the Plaintiff's Motion for Preliminary Injunction [ECF 13] (the "Injunction Motion"), the Defendant's Motion to Dismiss [ECF 15] (collectively with the Injunction Motion, the "Pending Adversary Matters"), and certain related papers on April 16, 20, and 21, 2026 (the "Hearing").

---

[1] All capitalized terms not otherwise defined herein have the meanings given to them in the Preliminary Order.

Based on the record of the Hearing, the Court finds good cause to modify the Preliminary Order to permit the Debtor to continue its ordinary course real estate transactions as set forth in its Interim Order Authorizing Debtor to Use Property in the Ordinary Course of Business Subject to Certain Conditions  (the "Interim Order"), entered simultaneously herewith in Case No. 23-16969. In addition, the Court finds that the record of the Hearing warrants a thorough review of the issues raised by the Pending Adversary Matters and supports a modified extension of the Preliminary Order to facilitate that review. The Court thus takes the Pending Adversary Matters under advisement in accordance with the terms of this Order.

Accordingly, it is, by the United States Bankruptcy Court for the District of Maryland,

**ORDERED**, that the Court's Preliminary Order is modified to exclude those matters addressed by, and included in, the Interim Order; and it is further

**ORDERED**, that the Preliminary Order is further modified to clarify that nondebtor parties (including parishes and schools) may continue to conduct their affairs in the ordinary course of business, subject to the Interim Order;[2] and it is further

**ORDERED**, that except as set forth herein, the Preliminary Order remains in full force and effect;[3] and it is further

**ORDERED**, that the Court takes the Pending Adversary Matters under advisement; and it is further

**ORDERED**, that all deadlines and discovery in this adversary proceeding are hereby stayed until the Court resolves the Pending Adversary Matters by final Order; and it is further

---

[2] Accordingly, the relief requested by the Emergency Motion at ECF 83 (and opposed by the Opposition at ECF 84) is moot.

[3] Thus, the focus of the modified Preliminary Order is the overarching Seek the City initiative; the Preliminary Order temporarily pauses any further consolidation, merger, closure, or reorganization of entities while the Court considers the impact of that initiative on the Debtor's chapter 11 estate and the related issues raised by this proceeding.

3

**ORDERED**, that notwithstanding this Order and the Preliminary Order, the Debtor or any other party in interest may file an emergency motion with the Court requesting a carveout from the temporary relief granted herein, which the Court will hear and resolve on an expedited basis; and it is further

**ORDERED**, that the Committee shall be responsible for providing notice of this Order under Federal Rule of Civil Procedure 65(d)(2) which is incorporated by Federal Rule of Bankruptcy Procedure 7065.

cc:
Debtor
Debtor's Counsel
Committee's Counsel
Ad Hoc Committee's Counsel
U.S. Trustee
All parties in interest in Case No. 23-16969

**END OF ORDER**